The Honorable Benjamin H. Settle

1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8  AT TACOMA

9   MICKEY FOWLER, LEISA MAURER, and a
class of similarly situated individuals,          Case No. 3:15-cv-05367-BHS
10

11                                    Plaintiffs,    **DECLARATION OF PHILIP M.
GUESS IN OPPOSITION TO
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT TO:**
12          v.

13   TRACY GUERIN, Director of the Washington
State Department of Retirement Systems,    **(1) DETERMINE FORMULA**

14                                    Defendant.    **(2) CALCULATE DAMAGES**

15

16          I, Philip M. Guess, declare as follows:

17          1.      I am a partner at K&L Gates LLP, 925 Fourth Avenue, Suite 2900, Seattle,

18   Washington, 98104. I am duly licensed to practice law in the State of Washington and I am

19   counsel of record for Defendant in the above-captioned matter. I make this declaration in

20   support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment. I have

21   personal knowledge of the facts stated in this declaration, and, if called as a witness, would and

22   could testify competently about them.

23          2.      Attached as <u>Exhibit A</u>, is a true and accurate copy of the discovery responses

24   Defendant provided to Plaintiffs on March 7, 2025.

25

26

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

3.      Attached as <u>Exhibit B</u>, is a true and accurate copy of the correspondence between myself and Plaintiffs' counsel, seeking an extension of time to respond to Plaintiffs' motion. Plaintiffs denied this request.

4.      Attached as <u>Exhibit C</u>, is a true and accurate copy of the subpoena to Plaintiffs' Expert, John Marshall, seeking documents necessary to understanding and responding to Mr. Marshall's newly undisclosed opinion.

5.      Attached as <u>Exhibit D</u>, is a true and accurate copy of correspondence with Plaintiffs' counsel in which they accepted service of the subpoena.

6.      The additional discovery needed, as sought in the Subpoena (Exhibit C), includes, but is not limited to:

   a.   All documents showing facts or data considered in calculating the alleged amount of loss in Plaintiffs' 2025 Motion for each of the three components, including all mathematical formulas, all databases and all computer code used.

   b.   All documents showing facts or data considered that resulted in the difference in the alleged amount loss between Plaintiffs 2021 Motion and Plaintiffs 2025 Motion.

These are documents that, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), should have been produced with any expert opinion.

7.      The reason for the need for such information is apparent. Plaintiffs', through the most recently filed Declaration of John D. Marshall ("Marshall Declaration"), are seeking over $137 million in damages. To assess the validity or accuracy of the damage claim, a defendant must: i) understand the formula used; ii) know the analysis, assumptions, and variables that were applied; and iii) be able to see how the expert actually applied the formula and calculated the damages. To complete this analysis, one not only requires an expert report with a clear

DECLARATION OF PHILIP M. GUESS
IN OPPOSITION TO PLAINTIFFS'
MOTION TO DETERMINE
FORMULA FOR INJUNCTIVE RELIEF - 2
Case No. 3:15-cv-05367-BHS

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

description of the analysis, but also all material relied upon to generate that report, including native excel spreadsheets (i.e., with formulas), back-up material, and computer programs including access to the code. Without such information, Plaintiffs' damage request is a proverbial black box, providing an unsupported numerical request for damages.

8.     I have reviewed in detail the Declaration of Sarah E. Blocki in Opposition to Plaintiffs' Motion. In that declaration, Ms. Blocki confirms and identifies how this information is needed to test and replicate Marshall's computations and computer code for accuracy (*id*. ¶¶ 10, 13); evaluate and respond to Plaintiffs interest rate calculations for the First and Second Component (*id*. ¶ 20); evaluate the calculations for the Second Component (*id*. ¶21); evaluate the method for calculating the account balances on a calendar-quarter-by-calendar-quarter basis up to the dates of transfer (*id*. ¶ 22); evaluate the calculations of the Third Component (*id*. ¶ 23); understand Plaintiffs suggested start date for the Third Component (*id*. ¶24); understand the manner in which Plaintiffs handled negative transactions (*id*. ¶ 30); understand the manner in which Plaintiffs handled negative transactions without associated earnings periods (*id*. 31); and otherwise understand how and why Marshall's calculations changed from his prior declaration to the current declaration (*id*. ¶ 36). Importantly, without this necessary information, particularly the actual mathematical formula(s) used, Defendants are left guessing at what other inaccuracies may be present in Marshall's calculations that Marshall has failed to disclose and articulate. As a result, there are likely more issues than those presented by Ms. Blocki, but Defendants have no way of knowing those issues without the requested information.

9.     This information is necessary to allow Defendants to properly analyze Plaintiffs' proposal. Indeed, Defendants are currently in the process of retaining an expert who can then review this information and provide a fulsome rebuttal opinion.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DECLARATION OF PHILIP M. GUESS
IN OPPOSITION TO PLAINTIFFS'
MOTION TO DETERMINE
FORMULA FOR INJUNCTIVE RELIEF - 3
Case No. 3:15-cv-05367-BHS

1

Executed this <u>14th</u> day of March 2025, in Seattle, Washington.

2

3
                         <u>  s/ Philip M. Guess   </u>
Philip M. Guess

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF PHILIP M. GUESS
IN OPPOSITION TO PLAINTIFFS'
MOTION TO DETERMINE
FORMULA FOR INJUNCTIVE RELIEF - 4
Case No. 3:15-cv-05367-BHS

1

## **CERTIFICATE OF SERVICE**

2

I, Philip M. Guess, certify that on March 14, 2025, I caused the foregoing document to

3

be electronically filed with the Clerk of the Court using the CM/ECF system, which will

4

automatically send email notification of such filing to the registered attorneys of record.

5

Dated March 14, 2025.

6

7

8

/s/ Philip M. Guess
Philip M. Guess, WSBA #26765
K&L Gates LLP
925 Fourth Avenue Suite 2900
Seattle, WA  98104
(206) 623-7580
Email: philip.guess@klgates.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF PHILIP M. GUESS
IN OPPOSITION TO PLAINTIFFS'
MOTION TO DETERMINE
FORMULA FOR INJUNCTIVE RELIEF - 5
Case No. 3:15-cv-05367-BHS

# EXHIBIT A

**Jaberi, Emaan R.**

| | |
|---|---|
| **From:** | Guess, Philip |
| **Sent:** | Friday, March 7, 2025 4:51 PM |
| **To:** | Steve Strong; David Stobaugh; Alex Strong |
| **Cc:** | Carrie Jo Daugherty; Erika Haack; Anders Forsgaard; Mitchell, Robert; andrew.krawczyk@atg.wa.gov; Kiana Reeves; Jaberi, Emaan R.; Nagamine, Ruby A. |
| **Subject:** | Probst/Fowler v. Guerin (W.D. WA No. 3:15-cv-05367-BHS) -Responses to Interrogatories/Document Requests |
| **Attachments:** | FInal-Defendants Responses and Objections to Plaintiffs Discovery Requests(322729778.1).pdf; Exhibit A.xlsx |

Counsel:

Attached is Defendant's Response/Objections to Plaintiff's Discovery Requests together with Exhibit A.

Phil Guess.

The Honorable Benjamin H. Settle

1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                            AT TACOMA

9   MICKEY FOWLER, LEISA MAURER, and a
    class of similarly situated individuals,         Case No. 3:15-cv-05367-BHS
10
11                    Plaintiffs,                     DEFENDANT'S RESPONSES AND
                                                     OBJECTIONS TO PLAINTIFFS'
12         v.                                         INTERROGATORIES AND REQUESTS
                                                     FOR DOCUMENTS DATED JANUARY
13  TRACY GUERIN, Director of the Washington         31, 2025
    State Department of Retirement Systems,
14
15                    Defendant.

16

17         Pursuant to Federal Rules of Civil Procedure 26, 33, and 34, Defendant Kathryn

18  Leathers[1] ("the Director") provides these objections and responses to Plaintiffs' Interrogatories

19  ("Interrogatories") and Requests for Production of Documents ("Requests"), served on January

20  31, 2025 (collectively, "Discovery Requests"). Each of the following responses is made only

21  for the purposes of this action. Each response is subject to all rights to objections as to relevance,

22  materiality, and admissibility of any and all information and documents requested, and to any

23

24

25  _____

26  [1] Kathryn Leathers was recently appointed to serve as Director of the Department of
    Retirement Systems. The Director will complete the required procedure to substitute Ms.
    Leathers for Ms. Guerin.

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 1
Case No. 3:15-CV-05367-BHS
322729778.1                                    K&L GATES LLP
                                           925 FOURTH AVENUE, SUITE 2900
                                              SEATTLE, WA  98104-1158
                                           TELEPHONE: +1 206 623 7580
                                           FACSIMILE: +1 206 623 7022

and all objections on any ground that would require exclusion of any response if it were introduced in court. All evidentiary objections are expressly reserved.

**OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS IN INTRODUCTION**

1.      The Director objects to these Interrogatories and Requests in that they inappropriately seek information that should be sought in expert discovery. The Director provides this response now, which identifies the proposed computations, notes issues remaining to be addressed, and provides examples of the proposed computations. Nonetheless, the Director is in the process of retaining an expert which will review (and potentially refine and revise) the computation, present it in an expert report, and provide expert testimony at a hearing/trial regarding the appropriate amounts due to the Class Members.

2.      The Director objects to the Interrogatories and Requests on the basis that they seek information subject to the attorney-client privilege, the work product doctrine, or both. Much of the information requested in the Interrogatories and Requests seek information that constitutes work with, or communications between, the Washington State Department of Retirement Systems, on the one hand, and its counsel, on the other. The Director will not provide or disclose information that is subject to attorney-client privilege or work product doctrine, nor will it produce any privileged materials.

3.      The Director objects to the Interrogatories and Requests to the extent they attempt to impose requirements not included in Federal Rules of Civil Procedure 33 and 34. The Director will respond to Plaintiffs' Interrogatories and Requests as required by the Federal Rules of Civil Procedure.

4.      The Director objects to paragraph (b) in Plaintiffs' Introduction to the extent it attempts to impose a requirement that responses to Requests include "information in the possession of your attorneys, or other persons directly or indirectly employed by you, representing you, or connected with you or your attorneys, or anyone on your behalf subject to your control or direction," which is not required by Federal Rule of Civil Procedure 34. The

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 2
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Director further objects to the extent the Introduction attempts to impose requirements in answering Interrogatories beyond those required by Federal Rule of Civil Procedure 33. The Director will respond to the Plaintiffs' Interrogatories and Requests as required by the Federal Rules of Civil Procedure. The Director's response to the Requests and Interrogatories reflects the knowledge of those persons who, the Director believes, have information regarding this matter. If the Director discovers other individuals with first-hand knowledge regarding this matter, and their information adds to what is reflected in the Director's responses, those responses will be supplemented.

5.    The Director objects that the Discovery Requests do not specify a relevant time period, and such Discovery Requests are therefore overly broad and unduly burdensome and seek documents and information that are irrelevant to the claims in this case. The Director is willing meet and confer with Plaintiffs regarding a reasonable and appropriate relevant time period.

6.    The Director objects to the definition of "Department" as overly broad and unduly burdensome to the extent it includes persons and entities that are not within the Directors' control.

7.    The Director objects to the definition of "Identify" as overly broad, unduly burdensome, and creating discrete subparts of Interrogatories that would exceed the limits of Federal Rule of Civil Procedure 33(a)(1). The Director further objects to the definition to the extent it would preclude the Director from exercising her right to produce business records pursuant to Federal Rule of Civil Procedure 33(d). The Director will provide information sufficient for the parties to understand the identity of individuals, events, and documents.

8.    The Director objects to the definitions of "Omitted interest," "Omitted transfer payment," and "Investment returns." The Director further disagrees that any "Omitted interest" or "Omitted transfer payment" was "received and retained in the TRS Plan 2/3 trust fund." The

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 3
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  Director will provide the appropriate terms and definitions in her response to Interrogatory No.

2  1.

3  **OBJECTIONS AND RESPONSES TO INTERROGATORIES AND REQUESTS FOR**

4  **DOCUMENTS**

5  **INTERROGATORY NO. 1**: Please describe what calculations were made or planned by the

6  Department of the amounts of omitted interest, omitted transfer payment, and/or investment

7  returns in this case up to the date of the Department's final response to these discovery requests,

8  including for each calculation:

9      (1) a description of what was done and/or is planned;

10     (2) the dates(s) and time period(s) when any calculation was done or planned;

11     (3) the identities of those who worked on the calculation and the planning, including

12     any experts;

13     (4) descriptions of the scope of work, the data used in each calculation and plan, and

14     what each person did; and

15     (5) descriptions of the results, output, and calculations obtained, including any amounts

16     of omitted interest, omitted transfer payment, and/or investment returns for each teacher

17     or for an aggregate of teachers, including the class as a whole.

18 **ANSWER**:

19     The Director objects to this Interrogatory on the basis that it seeks information subject

20 to the attorney-client privilege, the work product doctrine, or both. The Director will not provide

21 such information. The Director further objects to this Interrogatory as unduly burdensome,

22 overly broad, and not proportional to the needs of the case because it requests information not

23 relevant to any party's claim or defense and, even if it did, the burdens of providing the

24 requested information outweigh any potential benefit. The Department further objects that the

25 term "calculations" is overbroad, unduly burdensome, vague, ambiguous, and fails to identify

26 with reasonable particularity the information sought. The Director further objects to this

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 4
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Request as it attempts to impose on the Director an obligation to predict what she might do in the future, rather than to provide factual information. The Director further objects to this Interrogatory on the basis that it contains multiple subparts that constitute separate interrogatories for the purposes of determining the total number of interrogatories Plaintiffs may serve in this litigation. The Director objects to this Interrogatory as overbroad, unduly burdensome, irrelevant, and not proportional to the needs of the case because it fails to identify a relevant time period.

Subject to and notwithstanding the foregoing objections, the Director responds as follows:

The Director will interpret this request to be seeking the Director's method for computing:

- **First Component:** the difference between the interest credited to the Class Members and the revised interest to be credited to the Class Members accounting for daily interest.

- **Second Component:** the difference between the "additional payment" credited to the Class Members and the revised "additional payment" to be credited to the Class Members under RCW 41.32.8401. The Director refers to this "additional payment" as the "Additional Transfer Payment."

- **Third Component**: The interest based on the two prior components. The Director disputes Plaintiffs' characterization of this as "Investment Returns," and the Plaintiffs' proposed method for determining the proper rate. Instead, the rate should be "what a reasonably prudent person investing funds so as to produce a reasonable return while maintaining safety of principal . . . would receive." *Schneider v. County of San Diego*, 285 F.3d 784, 792 (9th Cir. 2002) (internal quotation marks and citations omitted). Subject to clarification by the

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 5
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1    Court, the Director contends the rate is an issue of fact that should be determined
2    through expert testimony consistent with *Schneider*.

3    The Director is working to complete a preliminary calculation of the first component
4    for the first, approximately, 23,000 Class Members, but this is not yet completed. Moreover,
5    this is not the entirety of the class, and there are factual issues and other complexities (see *infra*,
6    Section V).

7    The Director, in response to requests by the Department's counsel, has asked numerous
8    individuals to work on aspects of this computation. The Director identifies the following
9    individuals as having first-hand knowledge related to the computations: Tye Knudsen, Greg
10    Deam, Sarah Blocki, Joel Farson, and Rebecca Eaton. Leaders at the Department, counsel at
11    the Washington State Office of the Attorney General, and counsel at K&L Gates have been
12    involved in related discussions. Both the computations and the related discussions implicate
13    attorney-client privilege and the work product doctrine.

14    There are a variety of ways in which these calculations can be completed. The Director
15    believes the Department's methodology is practical, legal, logical, and fair. The Director,
16    however, is open to discussion with Plaintiffs regarding the different aspects of these
17    calculations. Moreover, the Director is currently in the process of identifying and retaining an
18    expert to evaluate both Plaintiffs' proposal and the Director's proposal, and to identify which
19    approach, or if another approach, is the most reasonable in their expert opinion.

20    The Director has attached as <u>Exhibit A</u>, an Excel spreadsheet (provided in native
21    format). The following written responses elucidate the process set out in the spreadsheet.
22    <u>Exhibit A</u> contains an application of the Director's proposed methodology to two individuals.
23    <u>Exhibit A</u>, Sheet 1 (Screenshots) is a screenshot from the DRS Member Information System
24    ("MIS"), showing the manner in which a particular member's, (here Member #864675),
25    contributions are recorded in the MIS. DRS has previously extracted the details of all

26

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 6
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

contributions for all class members and provided them to Plaintiffs in various Excel files.[2] The second sheet is for an individual Class Member with relatively few transactions, Member # 864675, allowing for a simpler explanation of the proposed calculations that follow. Exhibit A, Sheet 2 (Member 864675 Computation). An additional Class Member, Member # 00020249, with more transactions is provided in Exhibit A, Sheet 3 (Member 00020249 Computation) to depict this methodology on a Class Member with considerably more transactions. However, Member # 00020249's transactions involve two of the complexities described *infra*, Section V (Negative Transactions and MM/00/YYYY). For Member # 00020249 the calculations were conducted in the same manner as for Member # 864675, without varying the process to account for these issues, because there are questions of fact and assumptions that are properly addressed by expert testimony and discovery. As mentioned, the Director is currently in the process of identifying and retaining an expert to opine on these issues and others related to which proposal is most reasonable in their expert opinion.

## I.    Glossary of Terms

The attached Exhibit A, as well as the description that follows uses the following terms:

- "**Contribution**" or "**Contribution Amount**" – Each month, a member's employer reports any contributions to TRS Plan 2 that have been subtracted from the member's paycheck. This amount recorded in the Department's database is referred to here as a "**Contribution Amount**."

- "**Transaction Date**" – The date a Contribution Amount or other Transaction is recorded in the Department's database.

---

[2] <Fowler Class Clean Accounts Detail with Earning Period 2020-07-07.csv>; <Fowler Detail T2-T3 Inactive CLEAN Transfers Jan 6.2021.csv>; <FowlerInstallment1b.xlsx>; <FowlerInstallment2b.xlsx>; <FowlerInstallment3b.xlsx>; <FowlerInstallment4b.xlsx>; <FowlerInstallment5b.xlsx>; <FowlerInstallment6b.xlsx>; <FowlerInstallment7b.xlsx>; <FowlerInstallment8b.xlsx>; and <FowlerInstallment9b.xlsx>.

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 7
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

- **"Earning Period"** – The month during which the compensation underlying a particular Contribution was earned.

- **"Quarters"** – For purposes of the proposed formula that calculates daily interest compounded quarterly, the number of days that Contributions remained in Plan 2 must be converted into quarters.

- **"Transfer Date"** – The date the member's TRS Plan 2 Contributions (and interest thereon) were transferred into TRS Plan 3.

- **"Class Member"** – Those individuals within the certified class.

- **"Transaction"** – An event that changes the balance in a member's Plan 2 account.

- **"Converted Transaction Date"** – Because the DRS system logs Transaction Dates as YYYYMMDD, the Transaction Date must be converted into MM/DD/YYYY.

- **"Interest from Transaction Date to Transfer Date"** – For each separate Transaction, the amount of daily interest compounded quarterly for that Transaction from the Transaction Date to the Transfer Date.

- **"Calculated Interest"** – For a given Class Member, the total daily interest compounded quarterly for all Transactions. This is the sum of interest calculated for each of the individual Transactions.

- **"Actual Interest"** – The amount of interest that was originally credited to the Class Member's [notional] Plan 2 account and transferred to Plan 3.

- **"Value of Contribution on 1/1/1996"** – This term contains two categories. For Contributions with Transaction Dates prior to 1/1/1996, the value of such contribution on 1/1/1996, including daily interest compounded quarterly. For Contributions with Transaction Dates after 1/1/1996 that relate to earnings periods prior to 1/1/1996, the value of such Contribution without interest.

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 8
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

- **"Calculated Transfer Basis"** – For a given Class Member, the revised transfer basis, based on daily interest compounded quarterly for all Transactions. This is the sum of the Value[s] of Contribution[s] on 1/1/1996 for each relevant transaction.

- **"Actual Transfer Basis"** – the Transfer Basis that was originally used for the Class Member.

- **"Additional Transfer Payment"**- This is calculated by finding the difference between the Calculated Transfer Basis and the Actual Transfer Basis and then multiplying by the relevant percentage (65%, 45%, or 0%).

## II. First Component Calculation

There are multiple possible approaches, each requiring expert analysis and testimony to determine its appropriateness. The Director is considering the following method to compute the First Component for a particular Class Member. The description that follows refers to excerpts from Exhibit A.

| Member # | Contribution Amt | Transaction Date | Earning Period | | | | Converted Transaction Date | Days in Plan 2 Prior to Transfer | Quarters | Value of Contribution on Transfer Date | Interest from Transaction Date to Transfer Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 864675 | 150.56 | 19980109 | 199711 | 1998 | 1 | 9 | 1/9/1998 | 31 | 0.339483498 | $151.26 | $0.70 |

Exhibit A, Sheet 2 (Member 864675 Computation) (Screenshot of Columns D-O and Rows 9-10).

### _Step 1_:

For each of the Class Member's Transactions, using Member #864675, the first step in the Director's proposal is to determine the days the Contribution was in Plan 2 prior to transfer to Plan 3. This number is shown in the column labeled "Days in Plan 2 Prior to Transfer," in the excerpt above. That number is equal to the Transfer Date minus the Transaction Date.

For example, the Transfer Date for Member #864675 is 2/9/1998, and the Converted Transaction Date for that Contribution is 1/9/1998. Thus, the total "Days in Plan 2 prior to Transfer" is 31 days. The days are then converted to quarters to be used in a formula that

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 9
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

compounds interest quarterly.[3] This results in approximately .339 quarters.

### *Step 2:*

Next, the value of the Contribution on the Transfer Date is calculated as follows. This is shown in the column labeled "Value of Contribution on Transfer Date."

$$\text{Value of Contribution on Transfer Date} =$$

$$(\text{Contribution Amount}) \times (1 + \text{Quarterly Rate})^{\text{Quarters}}$$

Stated differently:

$$\text{Value of Contribution on Transfer Date} =$$

$$(\text{Contribution Amount}) \times (1 + .055/4)^{\text{Quarters}}$$

Through this formula, daily interest is compounded quarterly. Using the numbers provided above for Member #864675 (with some minor rounding[4] for ease of explanation):

$$\$151.26 = \$150.56 \times (1 + .055/4)^{.339}$$

### **Step 3:**

Next, the difference between the Value of Contribution on Transfer Date and the Contribution Amount represents the Interest from Transaction Date to Transfer Date.

$$\text{Interest from Transaction Date to Transfer Date} =$$

$$\text{Value of Contribution on Transfer Date} - \text{Contribution Amount}$$

For this Class Member, Member #864675, that is:

$$\$151.26 - \$150.56 = \$0.70$$

At this point, the above three steps are repeated for each of the Class Member's Contributions, and the results are added together to determine the total Calculated Interest. As

---

[3] The average days in a quarter are 91.3125. This is computed over a four-year period: (365 + 365 + 365 + 366)/16. Therefore the "Days in Plan 2 Prior to Transfer" is divided by 91.3125 to be converted into quarters.

[4] The actual calculations in <u>Exhibit A</u> do not use the same rounding that is being used to describe the calculations, which is only for ease of explanation in this interrogatory answer.

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 10
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

depicted in Exhibit A, doing so for Member #864675 yields $171.41 in Calculated Interest. Exhibit A, Sheet 2 (Member 864675 Computation), Column O.

***Step 4***:

The next step is to subtract the Actual Interest (interest that was credited to the Class Member's account and subsequently transferred to Plan 3) from the Calculated Interest:

First Component = Calculated Interest – Actual Interest

For this Class Member, Member #864675:

$28.09 = $171.41 - $143.32

Therefore, the total calculation for the First Component for this Class Member, Member #864675, is $28.09.

## III.    Second Component Calculation

| Days from Transaction Date to 1/1/1996 | Quarters | Value of Contribution on 1/1/1996 | Interest from Transaction Date to 1/1/1996 |
|---|---|---|---|
| | | | |
| | | 63.61 | |
| | | 27.3 | |
| | | 63.43 | |
| | | 8.73 | |
| 21 | 0.229979466 | $52.36 | $0.16 |
| 21 | 0.229979466 | $104.24 | $0.33 |
| | | | |
| | Calculated Transfer Basis | $319.67 | |
| | Actual Transfer Basis | 319.18 | |
| | Difference | $0.49 | |
| | 65% of Difference | $0.32 | |

Exhibit A, Sheet 2 (Member 864675 Computation).

***Step 1***:

The Second Component, while similar to the First Component, requires some additional calculations. First, the Value of Contribution on 1/1/1996 is calculated in conceptually the same

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 11
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

manner as the Value of Contribution on Transfer Date for Component 1, for those contributions before 1/1/1996 (the Statutory Date established by RCW 41.32.8401). For this Class Member, Member #864675, the Value of Contribution on 1/1/1996 equals $52.36 and $104.24, for two Contributions that occurred on 12/11/1995.

The data for the Class Member, Member #864675 in this example also includes contributions with Transaction Dates after 1/1/1996 that were earned prior to 1/1/1996 (those contributions are highlighted in green). For those Contributions, the Director's proposed method considers the Value of Contribution on 1/1/1996 to be equal to the Contribution Amount (without interest).

The "Value of Contribution on 1/1/1996" for each relevant Contribution is added together. The sum is the Calculated Transfer Basis (upon which the Transfer Payment is calculated). For this Class Member, Member #864675, the Calculated Transfer Basis is $319.67.

**_Step 2_:**

The next step is to determine the difference between the Calculated Transfer Basis and the Actual Transfer Basis.

$$difference = Calculated\ Transfer\ Basis - Actual\ Transfer\ Basis$$

For this Class Member, Member #864675, this is:

$$\$0.49 = \$319.67 - \$319.18$$

**_Step 3_:**

The last step is to multiply the difference between the Calculated Transfer Basis and the Actual Transfer Basis by the relevant percentage (65%, 45%, or 0%) to determine the Additional Transfer Payment, which yields the Second Component for this Class Member, Member #864675.

$$Second\ Component =$$

(difference between Calculated Transfer Basis and Actual Transfer Basis) x (percentage)

For this Class Member, Member #864675, this is:

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 12
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

$$\$0.32 = \$0.49 \times 65\%$$

Therefore, the total calculation for the Second Component is $0.32 for this Class Member, Member #864675.

### IV.    Third Component Calculation

The beginning of the Third Component is the sum of the First and Second Components. For this Class Member, Member #864675, that is:

$$\$28.41 = \$28.09 + \$0.32$$

The next step would be to apply an appropriate rate to determine the amount that is required to justly compensate the Class Members for an alleged unconstitutional taking that occurred in the past. This is not the amount that the Plan 2/3 trust fund earned on the funds that were allegedly taken from the Class Members. Rather, in a Section 1983 action predicated on an unconstitutional taking, the amount of prejudgment interest is "what a reasonably prudent person investing funds so as to produce a reasonable return while maintaining safety of principal . . . would receive." *Schneider v. County of San Diego*, 285 F.3d 784, 792 (9th Cir. 2002) (internal quotation marks and citations omitted). This requires "evidence of the rate that would be generated by investment in a diverse group of securities, including treasury bills." (*Id.* at 793) and is an issue of fact. *Id* at 790 The Director is seeking clarity from the Court and is seeking an expert to opine as to the appropriate applicable rate as well as the actual computation of such amounts. This expert witness will assemble and present evidence and will do so as soon as the Court confirms that the calculation of interest in this case will be done in accordance with *Schneider*.

### V.    Factors Not Addressed in this Calculation.

The Director has used the example of Class Member, Member #864675, to illustrate its proposed computation. The Director has also conducted the proposed calculations for an additional Class Member, Member #00020249, on <u>Exhibit A</u>, Sheet 3, Member 00020249 Computation. Many other issues apply to other Class Members, including Member #00020249,

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 13
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

which must be addressed where they arise. These include:

1. **Anomalous data for 389 Individuals**: When the Director initially provided data to Plaintiffs, information for 389 individuals was withheld to confirm its accuracy. After review, the Director provided data on these members to Plaintiffs *as it appears in the Department's database* and, to the extent possible, highlighted transactions that it believed may require special handling in the calculation of daily interest. The Department is working on proposals for the handling of various categories of these anomalies.

2. **Negative Transactions**: Certain transactions in the Department's database are negative. These entries reverse prior Contribution Amounts that were incorrect. The Department is working on a proposal for a reasonable way to handle these transactions within the context of its general proposal.

3. **MM/00/YYYY**: Some Transaction Dates appear in the form mm/00/YYYY – i.e. no specific day of the month is recorded for the transaction. The Department is working on a proposal for handling this issue.

4. The Director anticipates other issues will arise.

## VI.    Conclusion

Per the above, the Director reserves the right to modify or supplement this response subject to an expert retention, as well as the Director's ongoing investigation into the allegations, new information, and/or legal research or analysis, as well as any other basis permitted under the Federal Rules of Civil Procedure.


**REQUEST FOR DOCUMENTS NO. 1**: Please provide all documents relating to the calculations mentioned in the question and/or answer to Interrogatory No. 1, including those pertaining to instigation of the work, the work plan, instructions, specifications, drafts, other items pertaining to how the work will be or was conducted, the calculations' output or results

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 14
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

sought, and comments and communications about the plan, scope of work, calculations, output, and/or results.

**RESPONSE**:

The Director objects to this Request on the basis that it seeks information subject to the attorney-client privilege, the work product doctrine, or both. The Director will not produce such documents. The Director further objects to this Request as unduly burdensome, overly broad, and not proportional to the needs of the case because it requests documents not relevant to any party's claim or defense and, even if it did, the burdens of providing the requested information outweigh any potential benefit. The Director further objects to the phrase "all documents relating to the calculations mentioned in the question and/or answer to Interrogatory No. 1" as overbroad, unduly burdensome, vague, ambiguous, and failing to identify with reasonable particularity the documents sought. The Director objects to this Request as overbroad, unduly burdensome, irrelevant, and not proportional to the needs of the case because it fails to identify a relevant time period. Finally, to the extent the Director's objections to Interrogatory No. 1 are equally applicable to this Request because the Request incorporates the Interrogatory by reference, the Director objects on those bases as well.

Subject to and notwithstanding the forgoing objections:

Plaintiffs have already received numerous documents and information, including the following:

- Smith_001; Bates stamped Smith_0000001–2834, produced on June 15, 2021
- Smith_002; Bates stamped Smith_0002835–6071, produced on June 16, 2021
- Smith_003; Bates stamped Smith_0006072–8915, produced on June 18, 2021
- Smith_004; Bates stamped Smith_0008916–10511, produced on June 23, 2021
- Public Record Request documents, produced in 2020–2021
- Class member information and data
- Documents and information in related proceedings

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 15
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

There are many hundreds of thousands of emails and well over 700 gigs of material that could be implicated by Plaintiff's request, the vast majority of which is subject to attorney-client and work product privileges. Reviewing all this material would be an enormous expense and burden to the Director, far outweighing any potential relevance to this action.

Nonetheless, the Department is willing to meet and confer to determine the scope of reasonable requests as well as a reasonable date limitation, search terms, and custodians.

The Director reserves the right to modify or supplement this response as this case proceeds, based on the Director's ongoing investigation into the allegations, new information, and/or legal research or analysis, as well as any other basis permitted under the Federal Rules of Civil Procedure.

**REQUEST FOR DOCUMENTS NO. 2**: Please provide all documents considered by, mentioned by, or created by or received by Sarah Blocki while working with or assisting "DRS with needs related to this litigation" and "active in preparing the data to be produced to the plaintiffs." Blocki [5/17/21] Dec.; Blocki [5/31/23] Dec. This includes all documents she created, received, and/or viewed in connection with any of this work—"questions noted by the programmer," programmers' notes, emails, answers to questions, instructions to programmers, queries, communications with others in the Department—all information and details about how DRS's interest crediting program worked; all information showing where the contribution dates are found (Blocki [5/31/23] Dec. at 5, lines 21-24), all information showing why (a) "transaction dates" were provided to plaintiffs instead of the contribution dates (*id.* at line 25; *id.* at 6, lines 1-6) and (b) why contribution dates were needed or useful for calculations, and all information concerning Sarah Blocki's views as to how the calculation would be made in an "appropriate manner," as Ms. Blocki suggests.

**RESPONSE**:

The Director incorporates by reference her response to Request for Documents No. 1.

**REQUEST FOR DOCUMENTS NO. 3**: Please provide all calculations (as described in

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 16
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  Interrogatory No. 1) and estimates of value or cost of this case, including omitted interest,

2  omitted transfer payment, and investment returns, provided to elements of the State, including

3  the Department, the Legislature, the Select Committee on Pension Policy, the Department's

4  budget office, the State Actuary, the Office of Financial Management, the Attorney General's

5  Office, and the State Treasurer.

6  **RESPONSE**:

7      The Director incorporates by reference her response to Request for Documents No. 1.

8

9

10      DATED this 7th day of March, 2025.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 17
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1

2                                              K&L Gates LLP

3

4

5                                              By  _s/ Philip M. Guess_____

6                                                   Robert B. Mitchell, WSBA # 10874
                                                    Philip M. Guess, WSBA #26765
7                                                   Todd L. Nunn, WSBA # 23267
                                              925 Fourth Avenue, Suite 2900
8                                              Seattle, WA  98104
                                              Phone: (206) 623-7580
9                                              Fax: (206) 623-7022
                                              Email: rob.mitchell@klgates.com
10                                                    philip.guess@klgates.com
                                                      todd.nunn@klgates.com
11                                             Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS'
INTERROGATORIES AND REQUESTS FOR DOCUMENTS - 18
Case No. 3:15-CV-05367-BHS
322729778.1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**Source Data: Screenshot from MIS (Member Information System--DRS's database)**

This shows member's contributions from the beginning of her career through March 11, 1996 (in reverse chronological order).

For example:

The member's initial contributions (at the bottom of the screen) were recorded in MIS on 12/11/1995 for $103.91 and $52.20.

The member's contributions recorded 3/11/1996 were $2.03 and $80.85.

It is possible to scroll up to see the member's contributions throughout her career.

DRS extracted all such contributions and put them in the Excel File <Fowler Class Clean Accounts Detail with Earning Period 2020-07-07>.  This file was provided to Plaintiffs.

For cross reference (as an example), the 12/11/1995 and 3/11/1996 contributions are  highlighted in magenta  in the sample calculation using the extracted data.  See other sheet.

```
02/16/25          DEPARTMENT OF RETIREMENT SYSTEMS          MIRP0220
22:01:38             REVIEW FINANCIAL TRANSACTIONS          MIRM0220
Ver 3.10                                                    FINCL
*MEMBER SSN:                    *SYS/PLAN: T2 >
Start At Transaction Mo/Yr:  __  ____    View Non-Posted Transactions: N (Y/N)


Transact   Rpt      Earn    Dept    Member    Member   Employer Optional  Audit
  Date    Mo/Yr    Mo/Yr    Nmbr    Savings   Invoice# Invoice# Bill#     Find Id
---------- -----   -----   ------  ---------- -------- -------- --------  --------
03/11/1996 02/96   02/96   171210        2.03
03/11/1996 02/96   01/96   171210       80.85
02/09/1996 01/96   01/96   171210       25.21
02/09/1996 01/96   12/95   171210       63.61
01/09/1996 12/95   12/95   171210       27.30
01/09/1996 12/95   11/95   171210       63.43
01/09/1996 12/95   10/95   171210        8.73
12/11/1995 11/95   11/95   171210       52.20
12/11/1995 11/95   10/95   171210        0.00
12/11/1995 11/95   10/95   171210      103.91
             ****** End of Data ******
```

**<Fowler Class Clean Accounts Transfer Data 2020-04-25>**

Data in this file is used in DRS's proposed calculation.

The screen shot below pertains to the sample member whose calculations are done on the preceeding sheet.

| Member ID # | Last Name | First Name | Middle Name | Plan Transfer Date | Trade Date | Transfer Basis Amount | Plan 2 Account Balance | Plan 2 Interest Amount | Transfer Payment Date #1 | Transfer Payment Amount #1 | Transfer Payment Date #2 | Transfer Payment Amount #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 864675 | | | | 19980209 | 19980210 | $319.18 | $3,134.28 | $143.32 | 19980225 | $127.67 | 19980624 | $79.79 |

PROPOSED CALCULATIONS FOR MEMBER 864675

1/1/1996

Transfer Date    2/9/1998    Cells highlighted in gray contain comments.

Plan 2 Interest $ 143.32
Transfer Payment Amount #1 $ 127.67
Transfer Payment Amount #2 $ 79.79
Transfer Basis Amount $ 319.18

| Member # | Contribution Amt | Transaction Date | Earning Period | | | | Converted Transaction Date | Days in Plan 2 Prior to Transfer | Quarters | Value of Contribution on Transfer Date | Interest from Transaction Date to Transfer Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 864675 | 150.56 | 19980109 | 199711 | 1998 | 1 | 9 | 1/9/1998 | 31 | 0.339493498 | $151.26 | $0.70 |
| 864675 | 14.14 | 19980109 | 199710 | 1998 | 1 | 9 | 1/9/1998 | 31 | 0.339493498 | $14.21 | $0.07 |
| 864675 | 164.68 | 19971209 | 199710 | 1997 | 12 | 9 | 12/9/1997 | 62 | 0.678986995 | $166.21 | $1.53 |
| 864675 | 67.46 | 19971105 | 199710 | 1997 | 11 | 5 | 11/5/1997 | 96 | 1.051334702 | $68.44 | $0.98 |
| 864675 | 65.89 | 19971105 | 199709 | 1997 | 11 | 5 | 11/5/1997 | 96 | 1.051334702 | $66.84 | $0.95 |
| 864675 | 34.27 | 19971105 | 199708 | 1997 | 11 | 5 | 11/5/1997 | 96 | 1.051334702 | $34.77 | $0.50 |
| 864675 | 11.15 | 19971007 | 199708 | 1997 | 10 | 7 | 10/7/1997 | 125 | 1.368925394 | $11.36 | $0.21 |
| 864675 | 148.42 | 19971007 | 199709 | 1997 | 10 | 7 | 10/7/1997 | 125 | 1.368925394 | $151.22 | $2.80 |
| 864675 | 79.04 | 19970909 | 199706 | 1997 | 9 | 9 | 9/9/1997 | 153 | 1.675564682 | $80.87 | $1.83 |
| 864675 | 67.4 | 19970811 | 199706 | 1997 | 8 | 11 | 8/11/1997 | 182 | 1.993155373 | $69.26 | $1.86 |
| 864675 | 79.04 | 19970811 | 199705 | 1997 | 8 | 11 | 8/11/1997 | 182 | 1.993155373 | $81.22 | $2.18 |
| 864675 | 140.28 | 19970709 | 199705 | 1997 | 7 | 9 | 7/9/1997 | 215 | 2.354551677 | $144.86 | $4.58 |
| 864675 | 47.42 | 19970709 | 199704 | 1997 | 7 | 9 | 7/9/1997 | 215 | 2.354551677 | $48.97 | $1.55 |
| 864675 | 151.13 | 19970603 | 199704 | 1997 | 6 | 3 | 6/3/1997 | 251 | 2.74880219 | $156.91 | $5.78 |
| 864675 | 95.43 | 19970603 | 199703 | 1997 | 6 | 3 | 6/3/1997 | 251 | 2.74880219 | $99.08 | $3.65 |
| 864675 | 68.51 | 19970502 | 199703 | 1997 | 5 | 2 | 5/2/1997 | 283 | 3.099247091 | $71.47 | $2.96 |
| 864675 | 10.53 | 19970502 | 199702 | 1997 | 5 | 2 | 5/2/1997 | 283 | 3.099247091 | $10.99 | $0.46 |
| 864675 | 96.88 | 19970409 | 199702 | 1997 | 4 | 9 | 4/9/1997 | 306 | 3.351129063 | $101.42 | $4.54 |
| 864675 | 10.55 | 19970409 | 199701 | 1997 | 4 | 9 | 4/9/1997 | 306 | 3.351129063 | $11.04 | $0.49 |
| 864675 | 94.67 | 19970311 | 199701 | 1997 | 3 | 11 | 3/11/1997 | 335 | 3.668720055 | $99.53 | $4.86 |
| 864675 | 21.08 | 19970210 | 199701 | 1997 | 2 | 10 | 2/10/1997 | 364 | 3.986310746 | $22.26 | $1.18 |
| 864675 | 70.29 | 19970210 | 199612 | 1997 | 2 | 10 | 2/10/1997 | 364 | 3.986310746 | $74.22 | $3.93 |
| 864675 | 72.47 | 19970110 | 199611 | 1997 | 1 | 10 | 1/10/1997 | 395 | 4.325804244 | $76.88 | $4.41 |
| 864675 | 15.81 | 19970110 | 199612 | 1997 | 1 | 10 | 1/10/1997 | 395 | 4.325804244 | $16.77 | $0.96 |
| 864675 | 21.08 | 19961210 | 199612 | 1996 | 12 | 10 | 12/10/1996 | 426 | 4.665297741 | $22.47 | $1.39 |
| 864675 | 70.28 | 19961210 | 199610 | 1996 | 12 | 10 | 12/10/1996 | 426 | 4.665297741 | $74.90 | $4.62 |
| 864675 | 57.97 | 19961112 | 199610 | 1996 | 11 | 12 | 11/12/1996 | 454 | 4.971937029 | $62.04 | $4.07 |
| 864675 | 21.08 | 19961112 | 199609 | 1996 | 11 | 12 | 11/12/1996 | 454 | 4.971937029 | $22.56 | $1.48 |
| 864675 | 79.04 | 19961010 | 199609 | 1996 | 10 | 10 | 10/10/1996 | 487 | 5.333333333 | $85.01 | $5.97 |
| 864675 | 73.77 | 19960910 | 199606 | 1996 | 9 | 10 | 9/10/1996 | 517 | 5.661875428 | $79.70 | $5.93 |
| 864675 | 3.18 | 19960910 | 199605 | 1996 | 9 | 10 | 9/10/1996 | 517 | 5.661875428 | $3.44 | $0.26 |
| 864675 | 5.27 | 19960823 | 199606 | 1996 | 8 | 23 | 8/23/1996 | 535 | 5.859000684 | $5.71 | $0.44 |
| 864675 | 76.94 | 19960823 | 199605 | 1996 | 8 | 23 | 8/23/1996 | 535 | 5.859000684 | $83.35 | $6.41 |
| 864675 | 39.45 | 19960709 | 199605 | 1996 | 7 | 9 | 7/9/1996 | 580 | 6.351813826 | $43.02 | $3.57 |
| 864675 | 46.41 | 19960709 | 199604 | 1996 | 7 | 9 | 7/9/1996 | 580 | 6.351813826 | $50.62 | $4.21 |
| 864675 | 86.65 | 19960614 | 199604 | 1996 | 6 | 14 | 6/14/1996 | 605 | 6.625598905 | $94.86 | $8.21 |
| 864675 | 33.77 | 19960614 | 199603 | 1996 | 6 | 14 | 6/14/1996 | 605 | 6.625598905 | $36.97 | $3.20 |
| 864675 | 5.33 | 19960509 | 199602 | 1996 | 5 | 9 | 5/9/1996 | 641 | 7.019849418 | $5.87 | $0.54 |
| 864675 | 86.45 | 19960509 | 199603 | 1996 | 5 | 9 | 5/9/1996 | 641 | 7.019849418 | $95.15 | $8.70 |
| 864675 | 79.92 | 19960409 | 199602 | 1996 | 4 | 9 | 4/9/1996 | 671 | 7.348391513 | $88.36 | $8.44 |
| 864675 | 2.03 | 19960311 | 199602 | 1996 | 3 | 11 | 3/11/1996 | 700 | 7.665982204 | $2.25 | $0.22 |
| 864675 | 80.85 | 19960311 | 199601 | 1996 | 3 | 11 | 3/11/1996 | 700 | 7.665982204 | $89.77 | $8.92 |
| 864675 | 25.21 | 19960209 | 199601 | 1996 | 2 | 9 | 2/9/1996 | 731 | 8.005475702 | $28.12 | $2.91 |
| 864675 | 63.61 | 19960209 | 199512 | 1996 | 2 | 9 | 2/9/1996 | 731 | 8.005475702 | $70.96 | $7.35 |
| 864675 | 27.3 | 19960109 | 199512 | 1996 | 1 | 9 | 1/9/1996 | 762 | 8.344969199 | $30.60 | $3.30 |
| 864675 | 63.43 | 19960109 | 199511 | 1996 | 1 | 9 | 1/9/1996 | 762 | 8.344969199 | $71.09 | $7.66 |
| 864675 | 8.73 | 19960109 | 199510 | 1996 | 1 | 9 | 1/9/1996 | 762 | 8.344969199 | $9.78 | $1.05 |
| 864675 | 52.2 | 19951211 | 199511 | 1995 | 12 | 11 | 12/11/1995 | 791 | 8.66255989 | $58.76 | $6.56 |
| 864675 | 103.91 | 19951211 | 199510 | 1995 | 12 | 11 | 12/11/1995 | 791 | 8.66255989 | $116.96 | $13.05 |

| Days from Transaction Date to 1/1/1996 | Quarters | Value of Contribution on 1/1/1996 | Interest from Transaction Date to 1/1/1996 |
|---|---|---|---|
| | | 63.61 | |
| | | 27.3 | |
| | | 63.43 | |
| | | 8.73 | |
| 21 | 0.229979466 | $52.36 | $0.16 |
| 21 | 0.229979466 | $104.24 | $0.33 |

| | |
|---|---|
| Calculated Interest | $171.41 |
| Actual Interest | 143.32 |
| Difference | $28.09 |

| | |
|---|---|
| Calculated Transfer Basis | $319.67 |
| Actual Transfer Basis | 319.18 |
| Difference | $0.49 |
| 65% of Difference | $0.32 |

Total Additional Amt to Deposit in Plan 3 Account
$28.41

**PROPOSED CALCULATIONS FOR MEMBER 00020249**

1/1/1996

| | |
|---|---|
| Transfer Date | 12/9/1996 |
| Plan 2 Interest | 13668.9 |
| Transfer Payment Amount #1 | 17351.18 |
| Transfer Payment Amount #2 | 10844.48 |
| Transfer Basis Amount | 43377.96 |

| Member # | Contribution Amt | Transaction Date | Earning Period | | | | Converted Transaction Date | Days in Plan 2 Prior to Transfer | Quarters | Value of Contribution on Transfer Date | Interest from Transaction Date to Transfer Date | Days from Transaction Date to 1/1/1996 | Quarters | Value of Contribution on 1/1/1996 | Interest from Transaction Date to 1/1/1996 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020249 | 000215.09 | 19961115 | 199610 | 1996 | 11 | 15 | 11/15/1996 | 24 | 0.262833676 | 215.86 | 0.77 | | | | |
| 00020249 | 000006.55 | 19961115 | 199609 | 1996 | 11 | 15 | 11/15/1996 | 24 | 0.262833676 | 6.57 | 0.02 | | | | |
| 00020249 | 000107.87 | 19961115 | 199608 | 1996 | 11 | 15 | 11/15/1996 | 24 | 0.262833676 | 108.26 | 0.39 | | | | |
| 00020249 | 000346.25 | 19961015 | 199609 | 1996 | 10 | 15 | 10/15/1996 | 55 | 0.602327173 | 349.11 | 2.86 | | | | |
| 00020249 | 000040.17 | 19961015 | 199608 | 1996 | 10 | 15 | 10/15/1996 | 55 | 0.602327173 | 40.50 | 0.33 | | | | |
| 00020249 | 000015.97 | 19961015 | 199607 | 1996 | 10 | 15 | 10/15/1996 | 55 | 0.602327173 | 16.10 | 0.13 | | | | |
| 00020249 | 000005.32 | 19961015 | 199606 | 1996 | 10 | 15 | 10/15/1996 | 55 | 0.602327173 | 5.36 | 0.04 | | | | |
| 00020249 | 000267.59 | 19960919 | 199607 | 1996 | 9 | 19 | 9/19/1996 | 81 | 0.887063655 | 270.85 | 3.26 | | | | |
| 00020249 | 000035.20 | 19960919 | 199606 | 1996 | 9 | 19 | 9/19/1996 | 81 | 0.887063655 | 35.63 | 0.43 | | | | |
| 00020249 | 000304.92 | 19960826 | 199606 | 1996 | 8 | 26 | 8/26/1996 | 105 | 1.149897331 | 309.75 | 4.83 | | | | |
| 00020249 | 000005.32 | 19960826 | 199605 | 1996 | 8 | 26 | 8/26/1996 | 105 | 1.149897331 | 5.40 | 0.08 | | | | |
| 00020249 | 000008.52 | 19960826 | 199604 | 1996 | 8 | 26 | 8/26/1996 | 105 | 1.149897331 | 8.65 | 0.13 | | | | |
| 00020249 | 000005.32 | 19960826 | 199602 | 1996 | 8 | 26 | 8/26/1996 | 105 | 1.149897331 | 5.40 | 0.08 | | | | |
| 00020249 | 000021.98 | 19960711 | 199606 | 1996 | 7 | 11 | 7/11/1996 | 151 | 1.653661875 | 22.48 | 0.50 | | | | |
| 00020249 | 000131.09 | 19960711 | 199605 | 1996 | 7 | 11 | 7/11/1996 | 151 | 1.653661875 | 134.08 | 2.99 | | | | |
| 00020249 | 000034.81 | 19960711 | 199604 | 1996 | 7 | 11 | 7/11/1996 | 151 | 1.653661875 | 35.61 | 0.80 | | | | |
| 00020249 | 000104.26 | 19960711 | 199603 | 1996 | 7 | 11 | 7/11/1996 | 151 | 1.653661875 | 106.64 | 2.38 | | | | |
| 00020249 | 000292.15 | 19960618 | 199605 | 1996 | 6 | 18 | 6/18/1996 | 174 | 1.905544148 | 299.85 | 7.70 | | | | |
| 00020249 | 000305.45 | 19960508 | 199604 | 1996 | 5 | 8 | 5/8/1996 | 215 | 2.354551677 | 315.43 | 9.98 | | | | |
| 00020249 | 000016.81 | 19960409 | 199601 | 1996 | 4 | 9 | 4/9/1996 | 244 | 2.672142368 | 17.43 | 0.62 | | | | |
| 00020249 | 000275.34 | 19960409 | 199603 | 1996 | 4 | 9 | 4/9/1996 | 244 | 2.672142368 | 285.57 | 10.23 | | | | |
| 00020249 | 000007.45 | 19960409 | 199602 | 1996 | 4 | 9 | 4/9/1996 | 244 | 2.672142368 | 7.73 | 0.28 | | | | |
| 00020249 | 000257.64 | 19960307 | 199602 | 1996 | 3 | 7 | 3/7/1996 | 277 | 3.033538672 | 268.54 | 10.90 | Days from Transaction Date to 1/1/1996 | Quarters | Value of Contribution on 1/1/1996 | Interest from Transaction Date to 1/1/1996 |
| 00020249 | 000008.30 | 19960307 | 199601 | 1996 | 3 | 7 | 3/7/1996 | 277 | 3.033538672 | 8.65 | 0.35 | | | | |
| 00020249 | 000042.17 | 19960307 | 199511 | 1996 | 3 | 7 | 3/7/1996 | 277 | 3.033538672 | 43.95 | 1.78 | | | $ 42.17 | |
| 00020249 | 000308.12 | 19960209 | 199601 | 1996 | 2 | 9 | 2/9/1996 | 304 | 3.329226557 | 322.45 | 14.33 | | | | |
| 00020249 | 000177.43 | 19960110 | 199512 | 1996 | 1 | 10 | 1/10/1996 | 334 | 3.657768652 | 186.52 | 9.09 | | | 177.43 | |
| 00020249 | 000118.97 | 19960110 | 199511 | 1996 | 1 | 10 | 1/10/1996 | 334 | 3.657768652 | 125.06 | 6.09 | | | 118.97 | |
| 00020249 | 000012.78 | 19960110 | 199510 | 1996 | 1 | 10 | 1/10/1996 | 334 | 3.657768652 | 13.43 | 0.65 | | | 12.78 | |
| 00020249 | 000006.39 | 19960110 | 199509 | 1996 | 1 | 10 | 1/10/1996 | 334 | 3.657768652 | 6.72 | 0.33 | | | 6.39 | |
| 00020249 | 000150.00 | 19951211 | 199511 | 1995 | 12 | 11 | 12/11/1995 | 364 | 3.986310746 | 158.39 | 8.39 | 21 | 0.229979466 | 150.47 | 0.47 |
| 00020249 | 000142.15 | 19951211 | 199510 | 1995 | 12 | 11 | 12/11/1995 | 364 | 3.986310746 | 150.10 | 7.95 | 21 | 0.229979466 | 142.60 | 0.45 |
| 00020249 | 000228.62 | 19951114 | 199510 | 1995 | 11 | 14 | 11/14/1995 | 391 | 4.281998631 | 242.39 | 13.77 | 48 | 0.525667351 | 230.27 | 1.65 |
| 00020249 | 000086.91 | 19951114 | 199508 | 1995 | 11 | 14 | 11/14/1995 | 391 | 4.281998631 | 92.14 | 5.23 | 48 | 0.525667351 | 87.54 | 0.63 |
| 00020249 | 000337.94 | 19951012 | 199509 | 1995 | 10 | 12 | 10/12/1995 | 424 | 4.643394935 | 360.06 | 22.12 | 81 | 0.887063655 | 342.06 | 4.12 |
| 00020249 | 000019.18 | 19951012 | 199508 | 1995 | 10 | 12 | 10/12/1995 | 424 | 4.643394935 | 20.44 | 1.26 | 81 | 0.887063655 | 19.41 | 0.23 |
| 00020249 | 000200.31 | 19950911 | 199507 | 1995 | 9 | 11 | 9/11/1995 | 455 | 4.982888433 | 214.42 | 14.11 | 112 | 1.226557153 | 203.69 | 3.38 |
| 00020249 | 000068.14 | 19950911 | 199506 | 1995 | 9 | 11 | 9/11/1995 | 455 | 4.982888433 | 72.94 | 4.80 | 112 | 1.226557153 | 69.29 | 1.15 |
| 00020249 | 000051.36 | 19950817 | 199506 | 1995 | 8 | 17 | 8/17/1995 | 480 | 5.256673511 | 55.18 | 3.82 | 137 | 1.500342231 | 52.42 | 1.06 |
| 00020249 | 000114.49 | 19950817 | 199505 | 1995 | 8 | 17 | 8/17/1995 | 480 | 5.256673511 | 123.01 | 8.52 | 137 | 1.500342231 | 116.86 | 2.37 |
| 00020249 | 000011.67 | 19950817 | 199504 | 1995 | 8 | 17 | 8/17/1995 | 480 | 5.256673511 | 12.54 | 0.87 | 137 | 1.500342231 | 11.91 | 0.24 |
| 00020249 | 000128.86 | 19950817 | 199503 | 1995 | 8 | 17 | 8/17/1995 | 480 | 5.256673511 | 138.45 | 9.59 | 137 | 1.500342231 | 131.53 | 2.67 |
| 00020249 | 000268.45 | 19950714 | 199506 | 1995 | 7 | 14 | 7/14/1995 | 514 | 5.629021218 | 289.90 | 21.45 | 171 | 1.872689938 | 275.40 | 6.95 |
| 00020249 | 000284.02 | 19950622 | 199505 | 1995 | 6 | 22 | 6/22/1995 | 536 | 5.869952088 | 307.73 | 23.71 | 193 | 2.113620808 | 292.34 | 8.32 |
| 00020249 | 000277.81 | 19950511 | 199504 | 1995 | 5 | 11 | 5/11/1995 | 578 | 6.32991102 | 302.89 | 25.08 | 235 | 2.57357974 | 287.75 | 9.94 |
| 00020249 | 000002.32 | 19950511 | 199505 | 1995 | 5 | 11 | 5/11/1995 | 578 | 6.32991102 | 2.53 | 0.21 | 235 | 2.57357974 | 2.40 | 0.08 |
| 00020249 | 000007.78 | 19950511 | 199502 | 1995 | 5 | 11 | 5/11/1995 | 578 | 6.32991102 | 8.48 | 0.70 | 235 | 2.57357974 | 8.06 | 0.28 |
| 00020249 | 000268.45 | 19950412 | 199503 | 1995 | 4 | 12 | 4/12/1995 | 607 | 6.647501711 | 293.96 | 25.51 | 264 | 2.891170431 | 279.26 | 10.81 |
| 00020249 | -0.97 | 19950412 | 199501 | 1995 | 4 | 12 | 4/12/1995 | 607 | 6.647501711 | -1.06 | -0.09 | 264 | 2.891170431 | (1.01) | (0.04) |
| 00020249 | 000006.57 | 19950313 | 199503 | 1995 | 3 | 13 | 3/13/1995 | 637 | 6.976043806 | 7.23 | 0.66 | 294 | 3.219712526 | 6.87 | 0.30 |
| 00020249 | 000221.79 | 19950313 | 199502 | 1995 | 3 | 13 | 3/13/1995 | 637 | 6.976043806 | 243.96 | 22.17 | 294 | 3.219712526 | 231.76 | 9.97 |
| 00020249 | 000069.28 | 19950313 | 199501 | 1995 | 3 | 13 | 3/13/1995 | 637 | 6.976043806 | 76.20 | 6.92 | 294 | 3.219712526 | 72.39 | 3.11 |
| 00020249 | 000005.84 | 19950313 | 199412 | 1995 | 3 | 13 | 3/13/1995 | 637 | 6.976043806 | 6.42 | 0.58 | 294 | 3.219712526 | 6.10 | 0.26 |
| 00020249 | 000003.89 | 19950313 | 199411 | 1995 | 3 | 13 | 3/13/1995 | 637 | 6.976043806 | 4.28 | 0.39 | 294 | 3.219712526 | 4.06 | 0.17 |
| 00020249 | 000248.82 | 19950209 | 199501 | 1995 | 2 | 9 | 2/9/1995 | 669 | 7.326488706 | 275.00 | 26.18 | 326 | 3.570157426 | 261.25 | 12.43 |
| 00020249 | -14.59 | 19950209 | 199412 | 1995 | 2 | 9 | 2/9/1995 | 669 | 7.326488706 | -16.13 | -1.54 | 326 | 3.570157426 | (15.32) | (0.73) |
| 00020249 | 000048.82 | 19950209 | 199411 | 1995 | 2 | 9 | 2/9/1995 | 669 | 7.326488706 | 53.96 | 5.14 | 326 | 3.570157426 | 51.26 | 2.44 |
| 00020249 | 000178.43 | 19950109 | 199412 | 1995 | 1 | 9 | 1/9/1995 | 700 | 7.665982204 | 198.12 | 19.69 | 357 | 3.909650924 | 188.22 | 9.79 |
| 00020249 | 000102.67 | 19950109 | 199411 | 1995 | 1 | 9 | 1/9/1995 | 700 | 7.665982204 | 114.00 | 11.33 | 357 | 3.909650924 | 108.30 | 5.63 |
| 00020249 | 000002.92 | 19950109 | 199410 | 1995 | 1 | 9 | 1/9/1995 | 700 | 7.665982204 | 3.24 | 0.32 | 357 | 3.909650924 | 3.08 | 0.16 |
| 00020249 | 000156.71 | 19941214 | 199411 | 1994 | 12 | 14 | 12/14/1994 | 726 | 7.950718686 | 174.68 | 17.97 | 383 | 4.194387406 | 165.95 | 9.24 |
| 00020249 | 000140.92 | 19941214 | 199410 | 1994 | 12 | 14 | 12/14/1994 | 726 | 7.950718686 | 157.08 | 16.16 | 383 | 4.194387406 | 149.23 | 8.31 |
| 00020249 | 000016.54 | 19941214 | 199409 | 1994 | 12 | 14 | 12/14/1994 | 726 | 7.950718686 | 18.44 | 1.90 | 383 | 4.194387406 | 17.52 | 0.98 |
| 00020249 | 000212.17 | 19941115 | 199410 | 1994 | 11 | 15 | 11/15/1994 | 755 | 8.268309377 | 237.53 | 25.36 | 412 | 4.511978097 | 225.65 | 13.48 |
| 00020249 | 000066.09 | 19941115 | 199409 | 1994 | 11 | 15 | 11/15/1994 | 755 | 8.268309377 | 73.99 | 7.90 | 412 | 4.511978097 | 70.29 | 4.20 |
| 00020249 | 000258.65 | 19941011 | 199409 | 1994 | 10 | 11 | 10/11/1994 | 790 | 8.651608487 | 291.09 | 32.44 | 447 | 4.895277207 | 276.53 | 17.88 |
| 00020249 | 000069.78 | 19941011 | 199408 | 1994 | 10 | 11 | 10/11/1994 | 790 | 8.651608487 | 78.53 | 8.75 | 447 | 4.895277207 | 74.60 | 4.82 |
| 00020249 | 000007.55 | 19941011 | 199406 | 1994 | 10 | 11 | 10/11/1994 | 790 | 8.651608487 | 8.50 | 0.95 | 447 | 4.895277207 | 8.07 | 0.52 |
| 00020249 | 000207.60 | 19940908 | 199407 | 1994 | 9 | 8 | 9/8/1994 | 823 | 9.013004791 | 234.79 | 27.19 | 480 | 5.256673511 | 223.05 | 15.45 |
| 00020249 | 000057.94 | 19940908 | 199406 | 1994 | 9 | 8 | 9/8/1994 | 823 | 9.013004791 | 65.53 | 7.59 | 480 | 5.256673511 | 62.25 | 4.31 |
| 00020249 | 000001.24 | 19940908 | 199405 | 1994 | 9 | 8 | 9/8/1994 | 823 | 9.013004791 | 1.40 | 0.16 | 480 | 5.256673511 | 1.33 | 0.09 |
| 00020249 | 000129.11 | 19940809 | 199406 | 1994 | 8 | 9 | 8/9/1994 | 853 | 9.341546886 | 146.68 | 17.57 | 510 | 5.585215606 | 139.34 | 10.23 |
| 00020249 | 000033.94 | 19940809 | 199404 | 1994 | 8 | 9 | 8/9/1994 | 853 | 9.341546886 | 38.56 | 4.62 | 510 | 5.585215606 | 36.63 | 2.69 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020249 | 000131.89 | 19940809 | 199403 | 1994 | 8 | 9 | 8/9/1994 | 853 | 9.341546886 | 149.84 | 17.95 | 510 | 5.585215606 $ | 142.34 $ | 10.45 |
| 00020249 | 000007.55 | 19940809 | 199402 | 1994 | 8 | 9 | 8/9/1994 | 853 | 9.341546886 | 8.58 | 1.03 | 510 | 5.585215606 $ | 8.15 $ | 0.60 |
| 00020249 | 000011.71 | 19940809 | 199401 | 1994 | 8 | 9 | 8/9/1994 | 853 | 9.341546886 | 13.30 | 1.59 | 510 | 5.585215606 $ | 12.64 $ | 0.93 |
| 00020249 | 000003.55 | 19940809 | 199311 | 1994 | 8 | 9 | 8/9/1994 | 853 | 9.341546886 | 4.03 | 0.48 | 510 | 5.585215606 $ | 3.83 $ | 0.28 |
| 00020249 | 000291.33 | 19940713 | 199406 | 1994 | 7 | 13 | 7/13/1994 | 880 | 9.637234771 | 332.31 | 40.98 | 537 | 5.880903491 $ | 315.69 $ | 24.36 |
| 00020249 | 000266.78 | 19940609 | 199405 | 1994 | 6 | 9 | 6/9/1994 | 914 | 10.00958248 | 305.86 | 39.08 | 571 | 6.253251198 $ | 290.56 $ | 23.78 |
| 00020249 | 000280.00 | 19940517 | 199404 | 1994 | 5 | 17 | 5/17/1994 | 937 | 10.26146475 | 322.12 | 42.12 | 594 | 6.50513347 $ | 306.01 $ | 26.01 |
| 00020249 | 000266.78 | 19940414 | 199403 | 1994 | 4 | 14 | 4/14/1994 | 970 | 10.62286105 | 308.43 | 41.65 | 627 | 6.866529774 $ | 293.01 $ | 26.23 |
| 00020249 | 000212.41 | 19940310 | 199402 | 1994 | 3 | 10 | 3/10/1994 | 1005 | 11.00616016 | 246.86 | 34.45 | 662 | 7.249828884 $ | 234.52 $ | 22.11 |
| 00020249 | 000063.81 | 19940310 | 199311 | 1994 | 3 | 10 | 3/10/1994 | 1005 | 11.00616016 | 74.16 | 10.35 | 662 | 7.249828884 $ | 70.45 $ | 6.64 |
| 00020249 | 000280.94 | 19940222 | 199401 | 1994 | 2 | 22 | 2/22/1994 | 1021 | 11.18138261 | 327.29 | 46.35 | 678 | 7.425051335 $ | 310.92 $ | 29.98 |
| 00020249 | 000190.75 | 19940114 | 199312 | 1994 | 1 | 14 | 1/14/1994 | 1060 | 11.60848734 | 223.52 | 32.77 | 717 | 7.852156057 $ | 212.34 $ | 21.59 |
| 00020249 | 000087.36 | 19940114 | 199311 | 1994 | 1 | 14 | 1/14/1994 | 1060 | 11.60848734 | 102.37 | 15.01 | 717 | 7.852156057 $ | 97.25 $ | 9.89 |
| 00020249 | 000148.14 | 19931216 | 199311 | 1993 | 12 | 16 | 12/16/1993 | 1089 | 11.92607803 | 174.34 | 26.20 | 746 | 8.169746749 $ | 165.63 $ | 17.49 |
| 00020249 | 000096.72 | 19931216 | 199310 | 1993 | 12 | 16 | 12/16/1993 | 1089 | 11.92607803 | 113.83 | 17.11 | 746 | 8.169746749 $ | 108.14 $ | 11.42 |
| 00020249 | 000071.01 | 19931216 | 199309 | 1993 | 12 | 16 | 12/16/1993 | 1089 | 11.92607803 | 83.57 | 12.56 | 746 | 8.169746749 $ | 79.39 $ | 8.38 |
| 00020249 | 000280.94 | 19931116 | 199310 | 1993 | 11 | 16 | 11/16/1993 | 1119 | 12.25462012 | 332.12 | 51.18 | 776 | 8.498288843 $ | 315.51 $ | 34.57 |
| 00020249 | 000266.78 | 19931020 | 199309 | 1993 | 10 | 20 | 10/20/1993 | 1146 | 12.55030801 | 316.66 | 49.88 | 803 | 8.793976728 $ | 300.82 $ | 34.04 |
| 00020249 | 000073.20 | 19931020 | 199308 | 1993 | 10 | 20 | 10/20/1993 | 1146 | 12.55030801 | 86.89 | 13.69 | 803 | 8.793976728 $ | 82.54 $ | 9.34 |
| 00020249 | 000084.77 | 19930924 | 199306 | 1993 | 9 | 24 | 9/24/1993 | 1172 | 12.83504449 | 101.01 | 16.24 | 829 | 9.07871321 $ | 95.96 $ | 11.19 |
| 00020249 | 000185.40 | 19930924 | 199307 | 1993 | 9 | 24 | 9/24/1993 | 1172 | 12.83504449 | 220.92 | 35.52 | 829 | 9.07871321 $ | 209.87 $ | 24.47 |
| 00020249 | 000242.65 | 19930817 | 199306 | 1993 | 8 | 17 | 8/17/1993 | 1210 | 13.25119781 | 290.78 | 48.13 | 867 | 9.49486653 $ | 276.24 $ | 33.59 |
| 00020249 | 000009.76 | 19930817 | 199305 | 1993 | 8 | 17 | 8/17/1993 | 1210 | 13.25119781 | 11.70 | 1.94 | 867 | 9.49486653 $ | 11.11 $ | 1.35 |
| 00020249 | 000066.56 | 19930716 | 199305 | 1993 | 7 | 16 | 7/16/1993 | 1242 | 13.60164271 | 80.15 | 13.59 | 899 | 9.845314131 $ | 76.14 $ | 9.58 |
| 00020249 | 000028.77 | 19930716 | 199304 | 1993 | 7 | 16 | 7/16/1993 | 1242 | 13.60164271 | 34.64 | 5.87 | 899 | 9.845314131 $ | 32.91 $ | 4.14 |
| 00020249 | 000115.07 | 19930716 | 199303 | 1993 | 7 | 16 | 7/16/1993 | 1242 | 13.60164271 | 138.56 | 23.49 | 899 | 9.845314131 $ | 131.63 $ | 16.56 |
| 00020249 | 000017.75 | 19930716 | 199302 | 1993 | 7 | 16 | 7/16/1993 | 1242 | 13.60164271 | 21.37 | 3.62 | 899 | 9.845314131 $ | 20.30 $ | 2.55 |
| 00020249 | 000014.20 | 19930716 | 199212 | 1993 | 7 | 16 | 7/16/1993 | 1242 | 13.60164271 | 17.10 | 2.90 | 899 | 9.845314131 $ | 16.24 $ | 2.04 |
| 00020249 | 000020.70 | 19930716 | 199211 | 1993 | 7 | 16 | 7/16/1993 | 1242 | 13.60164271 | 24.93 | 4.23 | 899 | 9.845314131 $ | 23.68 $ | 2.98 |
| 00020249 | 000252.41 | 19930610 | 199305 | 1993 | 6 | 10 | 6/10/1993 | 1278 | 13.99589322 | 305.57 | 53.16 | 935 | 10.23956194 $ | 290.29 $ | 37.88 |
| 00020249 | 000267.50 | 19930512 | 199304 | 1993 | 5 | 12 | 5/12/1993 | 1307 | 14.31348392 | 325.25 | 57.75 | 964 | 10.55715264 $ | 308.98 $ | 41.48 |
| 00020249 | 000270.17 | 19930409 | 199303 | 1993 | 4 | 9 | 4/9/1993 | 1340 | 14.67488022 | 330.12 | 59.95 | 997 | 10.91854894 $ | 313.61 $ | 43.44 |
| 00020249 | 000252.99 | 19930318 | 199302 | 1993 | 3 | 18 | 3/18/1993 | 1362 | 14.91581109 | 310.15 | 57.16 | 1019 | 11.15947981 $ | 294.64 $ | 41.65 |
| 00020249 | -8.88 | 19930318 | 199301 | 1993 | 3 | 18 | 3/18/1993 | 1362 | 14.91581109 | -10.89 | -2.01 | 1019 | 11.15947981 $ | (10.34) $ | (1.46) |
| 00020249 | 000026.06 | 19930318 | 199211 | 1993 | 3 | 18 | 3/18/1993 | 1362 | 14.91581109 | 31.95 | 5.89 | 1019 | 11.15947981 $ | 30.35 $ | 4.29 |
| 00020249 | 000252.99 | 19930218 | 199301 | 1993 | 2 | 18 | 2/18/1993 | 1390 | 15.22245038 | 311.45 | 58.46 | 1047 | 11.4661191 $ | 295.87 $ | 42.88 |
| 00020249 | 000041.15 | 19930218 | 199211 | 1993 | 2 | 18 | 2/18/1993 | 1390 | 15.22245038 | 50.66 | 9.51 | 1047 | 11.4661191 $ | 48.13 $ | 6.98 |
| 00020249 | 000192.87 | 19921200 | 199212 | 1992 | 12 | 0 | 11/30/1992 | 1470 | 16.09856263 | 240.29 | 47.42 | 1127 | 12.34223135 $ | 228.53 $ | 35.41 |
| 00020249 | 000063.10 | 19921200 | 199211 | 1992 | 12 | 0 | 11/30/1992 | 1470 | 16.09856263 | 78.62 | 15.52 | 1127 | 12.34223135 $ | 74.68 $ | 11.58 |
| 00020249 | 000014.20 | 19921200 | 199210 | 1992 | 12 | 0 | 11/30/1992 | 1470 | 16.09856263 | 17.69 | 3.49 | 1127 | 12.34223135 $ | 16.81 $ | 2.61 |
| 00020249 | 000140.31 | 19921100 | 199211 | 1992 | 11 | 0 | 10/31/1992 | 1500 | 16.42710472 | 175.60 | 35.29 | 1157 | 12.67077344 $ | 166.82 $ | 26.51 |
| 00020249 | 000057.38 | 19921100 | 199210 | 1992 | 11 | 0 | 10/31/1992 | 1500 | 16.42710472 | 71.81 | 14.43 | 1157 | 12.67077344 $ | 68.22 $ | 10.84 |
| 00020249 | 000080.46 | 19921100 | 199209 | 1992 | 11 | 0 | 10/31/1992 | 1500 | 16.42710472 | 100.69 | 20.23 | 1157 | 12.67077344 $ | 95.66 $ | 15.20 |
| 00020249 | 000279.04 | 19921000 | 199210 | 1992 | 10 | 0 | 9/30/1992 | 1531 | 16.76659822 | 350.84 | 71.80 | 1188 | 13.01026694 $ | 333.29 $ | 54.25 |
| 00020249 | 000036.79 | 19920928 | 199206 | 1992 | 9 | 28 | 9/28/1992 | 1533 | 16.78850103 | 46.27 | 9.48 | 1190 | 13.03216975 $ | 43.96 $ | 7.17 |
| 00020249 | 000086.46 | 19920928 | 199205 | 1992 | 9 | 28 | 9/28/1992 | 1533 | 16.78850103 | 108.74 | 22.28 | 1190 | 13.03216975 $ | 103.30 $ | 16.84 |
| 00020249 | 000048.26 | 19920928 | 199204 | 1992 | 9 | 28 | 9/28/1992 | 1533 | 16.78850103 | 60.70 | 12.44 | 1190 | 13.03216975 $ | 57.66 $ | 9.40 |
| 00020249 | 000040.65 | 19920928 | 199203 | 1992 | 9 | 28 | 9/28/1992 | 1533 | 16.78850103 | 51.12 | 10.47 | 1190 | 13.03216975 $ | 48.57 $ | 7.92 |
| 00020249 | 000252.41 | 19920900 | 199209 | 1992 | 9 | 0 | 8/31/1992 | 1561 | 17.09514031 | 318.78 | 66.37 | 1218 | 13.33880903 $ | 302.84 $ | 50.43 |
| 00020249 | 000058.53 | 19920900 | 199208 | 1992 | 9 | 0 | 8/31/1992 | 1561 | 17.09514031 | 73.92 | 15.39 | 1218 | 13.33880903 $ | 70.22 $ | 11.69 |
| 00020249 | 000012.54 | 19920900 | 199207 | 1992 | 9 | 0 | 8/31/1992 | 1561 | 17.09514031 | 15.84 | 3.30 | 1218 | 13.33880903 $ | 15.05 $ | 2.51 |
| 00020249 | 000153.13 | 19920831 | 199201 | 1992 | 8 | 31 | 8/31/1992 | 1561 | 17.09514031 | 193.40 | 40.27 | 1218 | 13.33880903 $ | 183.73 $ | 30.60 |
| 00020249 | 000089.66 | 19920831 | 199203 | 1992 | 8 | 31 | 8/31/1992 | 1561 | 17.09514031 | 113.24 | 23.58 | 1218 | 13.33880903 $ | 107.57 $ | 17.91 |
| 00020249 | 000009.51 | 19920831 | 199202 | 1992 | 8 | 31 | 8/31/1992 | 1561 | 17.09514031 | 12.01 | 2.50 | 1218 | 13.33880903 $ | 11.41 $ | 1.90 |
| 00020249 | 000086.74 | 19920600 | 199201 | 1992 | 6 | 0 | 5/31/1992 | 1653 | 18.1026694 | 111.07 | 24.33 | 1310 | 14.34633812 $ | 105.51 $ | 18.77 |
| 00020249 | 000125.42 | 19920600 | 199206 | 1992 | 6 | 0 | 5/31/1992 | 1653 | 18.1026694 | 160.59 | 35.17 | 1310 | 14.34633812 $ | 152.56 $ | 27.14 |
| 00020249 | 000214.67 | 19920500 | 199205 | 1992 | 5 | 0 | 4/30/1992 | 1684 | 18.4421629 | 276.15 | 61.48 | 1341 | 14.68583162 $ | 262.34 $ | 47.67 |
| 00020249 | 000227.21 | 19920400 | 199204 | 1992 | 4 | 0 | 3/31/1992 | 1714 | 18.770705 | 293.60 | 66.39 | 1371 | 15.01437372 $ | 278.92 $ | 51.71 |
| 00020249 | 000221.67 | 19920300 | 199203 | 1992 | 3 | 0 | 2/29/1992 | 1745 | 19.11019849 | 287.77 | 66.10 | 1402 | 15.35386721 $ | 273.38 $ | 51.71 |
| 00020249 | 000225.76 | 19920200 | 199202 | 1992 | 2 | 0 | 1/31/1992 | 1774 | 19.42778919 | 294.35 | 68.59 | 1431 | 15.67145791 $ | 279.64 $ | 53.88 |
| 00020249 | 000005.84 | 19920200 | 199201 | 1992 | 2 | 0 | 1/31/1992 | 1774 | 19.42778919 | 7.61 | 1.77 | 1431 | 15.67145791 $ | 7.23 $ | 1.39 |
| 00020249 | 000007.16 | 19920200 | 199112 | 1992 | 2 | 0 | 1/31/1992 | 1774 | 19.42778919 | 9.34 | 2.18 | 1431 | 15.67145791 $ | 8.87 $ | 1.71 |
| 00020249 | 000024.57 | 19920100 | 199201 | 1992 | 1 | 0 | 12/31/1991 | 1805 | 19.76728268 | 32.18 | 7.61 | 1462 | 16.0109514 $ | 30.57 $ | 6.00 |
| 00020249 | 000005.81 | 19920100 | 199112 | 1992 | 1 | 0 | 12/31/1991 | 1805 | 19.76728268 | 7.61 | 1.80 | 1462 | 16.0109514 $ | 7.23 $ | 1.42 |
| 00020249 | 000036.35 | 19920100 | 199111 | 1992 | 1 | 0 | 12/31/1991 | 1805 | 19.76728268 | 47.61 | 11.26 | 1462 | 16.0109514 $ | 45.23 $ | 8.88 |
| 00020249 | 000123.82 | 19920100 | 199110 | 1992 | 1 | 0 | 12/31/1991 | 1805 | 19.76728268 | 162.19 | 38.37 | 1462 | 16.0109514 $ | 154.08 $ | 30.26 |
| 00020249 | 000040.60 | 19920100 | 199109 | 1992 | 1 | 0 | 12/31/1991 | 1805 | 19.76728268 | 53.18 | 12.58 | 1462 | 16.0109514 $ | 50.52 $ | 9.92 |
| 00020249 | 000209.74 | 19911200 | 199112 | 1991 | 12 | 0 | 11/30/1991 | 1836 | 20.10677618 | 276.01 | 66.27 | 1493 | 16.3504449 $ | 262.21 $ | 52.47 |
| 00020249 | 000017.57 | 19911200 | 199109 | 1991 | 12 | 0 | 11/30/1991 | 1836 | 20.10677618 | 23.12 | 5.55 | 1493 | 16.3504449 $ | 21.97 $ | 4.40 |
| 00020249 | 000003.34 | 19911200 | 199108 | 1991 | 12 | 0 | 11/30/1991 | 1836 | 20.10677618 | 4.40 | 1.06 | 1493 | 16.3504449 $ | 4.18 $ | 0.84 |
| 00020249 | 000249.50 | 19911100 | 199111 | 1991 | 11 | 0 | 10/31/1991 | 1866 | 20.45531828 | 317.92 | 77.42 | 1523 | 16.678987 $ | 302.02 $ | 61.52 |
| 00020249 | 000231.55 | 19911000 | 199110 | 1991 | 10 | 0 | 9/30/1991 | 1897 | 20.77481177 | 307.51 | 75.96 | 1554 | 17.01848049 $ | 292.13 $ | 60.58 |
| 00020249 | 000243.84 | 19910900 | 199109 | 1991 | 9 | 0 | 8/31/1991 | 1927 | 21.10335387 | 325.29 | 81.45 | 1584 | 17.34702259 $ | 309.02 $ | 65.18 |
| 00020249 | -20.48 | 19910800 | 199106 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | -27.45 | -6.97 | 1615 | 17.68651608 $ | (26.08) $ | (5.60) |
| 00020249 | 000104.17 | 19910800 | 199105 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | 139.61 | 35.44 | 1615 | 17.68651608 $ | 132.63 $ | 28.46 |
| 00020249 | 000019.46 | 19910800 | 199104 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | 26.08 | 6.62 | 1615 | 17.68651608 $ | 24.78 $ | 5.32 |
| 00020249 | 000098.69 | 19910800 | 199103 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | 132.27 | 33.58 | 1615 | 17.68651608 $ | 125.65 $ | 26.96 |
| 00020249 | -16.99 | 19910800 | 199102 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | -22.77 | -5.78 | 1615 | 17.68651608 $ | (21.63) $ | (4.64) |
| 00020249 | 000012.53 | 19910800 | 199101 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | 16.79 | 4.26 | 1615 | 17.68651608 $ | 15.95 $ | 3.42 |
| 00020249 | -35.97 | 19910800 | 199012 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | -48.21 | -12.24 | 1615 | 17.68651608 $ | (45.80) $ | (9.83) |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020249 | 000009.27 | 19910800 | 199011 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | 12.42 | 3.15 | 1615 | 17.68651608 $ | 11.80 $ | 2.53 |
| 00020249 | 000021.80 | 19910800 | 199010 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | 29.22 | 7.42 | 1615 | 17.68651608 $ | 27.76 $ | 5.96 |
| 00020249 | 000020.19 | 19910800 | 199009 | 1991 | 8 | 0 | 7/31/1991 | 1958 | 21.44284736 | 27.06 | 6.87 | 1615 | 17.68651608 $ | 25.71 $ | 5.52 |
| 00020249 | 000034.45 | 19910700 | 199102 | 1991 | 7 | 0 | 6/30/1991 | 1989 | 21.78234086 | 46.38 | 11.93 | 1646 | 18.02600958 $ | 44.07 $ | 9.62 |
| 00020249 | 000025.24 | 19910700 | 199101 | 1991 | 7 | 0 | 6/30/1991 | 1989 | 21.78234086 | 33.98 | 8.74 | 1646 | 18.02600958 $ | 32.28 $ | 7.04 |
| 00020249 | 000012.03 | 19910700 | 199012 | 1991 | 7 | 0 | 6/30/1991 | 1989 | 21.78234086 | 16.20 | 4.17 | 1646 | 18.02600958 $ | 15.39 $ | 3.36 |
| 00020249 | 000062.28 | 19910700 | 199011 | 1991 | 7 | 0 | 6/30/1991 | 1989 | 21.78234086 | 83.86 | 21.58 | 1646 | 18.02600958 $ | 79.66 $ | 17.38 |
| 00020249 | 000095.37 | 19910700 | 199010 | 1991 | 7 | 0 | 6/30/1991 | 1989 | 21.78234086 | 128.41 | 33.04 | 1646 | 18.02600958 $ | 121.99 $ | 26.62 |
| 00020249 | 000215.67 | 19910600 | 199106 | 1991 | 6 | 0 | 5/31/1991 | 2019 | 22.11088296 | 291.69 | 76.02 | 1676 | 18.35455168 $ | 277.11 $ | 61.44 |
| 00020249 | 000230.20 | 19910500 | 199105 | 1991 | 5 | 0 | 4/30/1991 | 2050 | 22.45037645 | 312.79 | 82.59 | 1707 | 18.69404517 $ | 297.15 $ | 66.95 |
| 00020249 | 000219.14 | 19910400 | 199104 | 1991 | 4 | 0 | 3/31/1991 | 2080 | 22.77891855 | 299.10 | 79.96 | 1737 | 19.02258727 $ | 284.15 $ | 65.01 |
| 00020249 | 000224.83 | 19910300 | 199103 | 1991 | 3 | 0 | 2/28/1991 | 2111 | 23.11841205 | 308.30 | 83.47 | 1768 | 19.36208077 $ | 292.88 $ | 68.05 |
| 00020249 | 000241.04 | 19910200 | 199102 | 1991 | 2 | 0 | 1/31/1991 | 2139 | 23.42505133 | 331.91 | 90.87 | 1796 | 19.66872005 $ | 315.31 $ | 74.27 |
| 00020249 | 000238.05 | 19910100 | 199101 | 1991 | 1 | 0 | 12/31/1990 | 2170 | 23.76454483 | 329.32 | 91.27 | 1827 | 20.00821355 $ | 312.85 $ | 74.80 |
| 00020249 | 000000.14 | 19910100 | 199010 | 1991 | 1 | 0 | 12/31/1990 | 2170 | 23.76454483 | 0.19 | 0.05 | 1827 | 20.00821355 $ | 0.18 $ | 0.04 |
| 00020249 | 000187.94 | 19901200 | 199012 | 1990 | 12 | 0 | 11/30/1990 | 2201 | 24.10403833 | 261.20 | 73.26 | 1858 | 20.34770705 $ | 248.14 $ | 60.20 |
| 00020249 | 000000.50 | 19901200 | 199010 | 1990 | 12 | 0 | 11/30/1990 | 2201 | 24.10403833 | 0.69 | 0.19 | 1858 | 20.34770705 $ | 0.66 $ | 0.16 |
| 00020249 | 000037.55 | 19901200 | 199009 | 1990 | 12 | 0 | 11/30/1990 | 2201 | 24.10403833 | 52.19 | 14.64 | 1858 | 20.34770705 $ | 49.58 $ | 12.03 |
| 00020249 | 000010.69 | 19901200 | 199008 | 1990 | 12 | 0 | 11/30/1990 | 2201 | 24.10403833 | 14.86 | 4.17 | 1858 | 20.34770705 $ | 14.11 $ | 3.42 |
| 00020249 | 000230.66 | 19901100 | 199011 | 1990 | 11 | 0 | 10/31/1990 | 2231 | 24.43258042 | 322.02 | 91.36 | 1888 | 20.67624914 $ | 305.91 $ | 75.25 |
| 00020249 | 000215.80 | 19901000 | 199010 | 1990 | 10 | 0 | 9/30/1990 | 2262 | 24.77207392 | 302.67 | 86.87 | 1919 | 21.01574264 $ | 287.54 $ | 71.74 |
| 00020249 | 000215.80 | 19900900 | 199009 | 1990 | 9 | 0 | 8/31/1990 | 2292 | 25.10061602 | 304.03 | 88.23 | 1949 | 21.34428474 $ | 288.83 $ | 73.03 |
| 00020249 | 000021.38 | 19900800 | 199007 | 1990 | 8 | 0 | 7/31/1990 | 2323 | 25.44010951 | 30.26 | 8.88 | 1980 | 21.68377823 $ | 28.75 $ | 7.37 |
| 00020249 | -46.86 | 19900800 | 199006 | 1990 | 8 | 0 | 7/31/1990 | 2323 | 25.44010951 | -66.33 | -19.47 | 1980 | 21.68377823 $ | (63.01) $ | (16.15) |
| 00020249 | 000106.01 | 19900800 | 199005 | 1990 | 8 | 0 | 7/31/1990 | 2323 | 25.44010951 | 150.05 | 44.04 | 1980 | 21.68377823 $ | 142.54 $ | 36.53 |
| 00020249 | 000037.50 | 19900800 | 199004 | 1990 | 8 | 0 | 7/31/1990 | 2323 | 25.44010951 | 53.08 | 15.58 | 1980 | 21.68377823 $ | 50.42 $ | 12.92 |
| 00020249 | 000094.52 | 19900800 | 199003 | 1990 | 8 | 0 | 7/31/1990 | 2323 | 25.44010951 | 133.78 | 39.26 | 1980 | 21.68377823 $ | 127.09 $ | 32.57 |
| 00020249 | -0.35 | 19900800 | 199002 | 1990 | 8 | 0 | 7/31/1990 | 2323 | 25.44010951 | -0.50 | -0.15 | 1980 | 21.68377823 $ | (0.47) $ | (0.12) |
| 00020249 | 000007.01 | 19900700 | 198909 | 1990 | 7 | 0 | 6/30/1990 | 2354 | 25.77960301 | 9.97 | 2.96 | 2011 | 22.02327173 $ | 9.47 $ | 2.46 |
| 00020249 | 000013.19 | 19900700 | 199002 | 1990 | 7 | 0 | 6/30/1990 | 2354 | 25.77960301 | 18.76 | 5.57 | 2011 | 22.02327173 $ | 17.82 $ | 4.63 |
| 00020249 | 000039.66 | 19900700 | 199001 | 1990 | 7 | 0 | 6/30/1990 | 2354 | 25.77960301 | 56.40 | 16.74 | 2011 | 22.02327173 $ | 53.58 $ | 13.92 |
| 00020249 | 000013.32 | 19900700 | 198912 | 1990 | 7 | 0 | 6/30/1990 | 2354 | 25.77960301 | 18.94 | 5.62 | 2011 | 22.02327173 $ | 17.99 $ | 4.67 |
| 00020249 | 000035.26 | 19900700 | 198911 | 1990 | 7 | 0 | 6/30/1990 | 2354 | 25.77960301 | 50.14 | 14.88 | 2011 | 22.02327173 $ | 47.63 $ | 12.37 |
| 00020249 | 000075.96 | 19900700 | 198910 | 1990 | 7 | 0 | 6/30/1990 | 2354 | 25.77960301 | 108.01 | 32.05 | 2011 | 22.02327173 $ | 102.61 $ | 26.65 |
| 00020249 | 000183.65 | 19900600 | 199006 | 1990 | 6 | 0 | 5/31/1990 | 2384 | 26.10814511 | 262.32 | 78.67 | 2041 | 22.35181383 $ | 249.20 $ | 65.55 |
| 00020249 | 000185.74 | 19900500 | 199005 | 1990 | 5 | 0 | 4/30/1990 | 2415 | 26.4476386 | 266.54 | 80.80 | 2072 | 22.69130732 $ | 253.21 $ | 67.47 |
| 00020249 | 000192.87 | 19900400 | 199004 | 1990 | 4 | 0 | 3/31/1990 | 2445 | 26.7761807 | 278.02 | 85.15 | 2102 | 23.01984942 $ | 264.11 $ | 71.24 |
| 00020249 | 000201.42 | 19900300 | 199003 | 1990 | 3 | 0 | 2/28/1990 | 2476 | 27.1156742 | 291.69 | 90.27 | 2133 | 23.35934292 $ | 277.10 $ | 75.68 |
| 00020249 | 000207.49 | 19900200 | 199002 | 1990 | 2 | 0 | 1/31/1990 | 2504 | 27.42231348 | 301.74 | 94.25 | 2161 | 23.6659822 $ | 286.65 $ | 79.16 |
| 00020249 | 000196.30 | 19900100 | 199001 | 1990 | 1 | 0 | 12/31/1989 | 2535 | 27.76180698 | 286.80 | 90.50 | 2192 | 24.0054757 $ | 272.45 $ | 76.15 |
| 00020249 | 000143.05 | 19891200 | 198912 | 1989 | 12 | 0 | 11/30/1989 | 2566 | 28.10130048 | 209.97 | 66.92 | 2223 | 24.3449692 $ | 199.47 $ | 56.42 |
| 00020249 | 000039.93 | 19891200 | 198909 | 1989 | 12 | 0 | 11/30/1989 | 2566 | 28.10130048 | 58.61 | 18.68 | 2223 | 24.3449692 $ | 55.68 $ | 15.75 |
| 00020249 | 000193.31 | 19891100 | 198911 | 1989 | 11 | 0 | 10/31/1989 | 2596 | 28.42984257 | 285.02 | 91.71 | 2253 | 24.67351129 $ | 270.76 $ | 77.45 |
| 00020249 | 000184.32 | 19891000 | 198910 | 1989 | 10 | 0 | 9/30/1989 | 2627 | 28.76933607 | 273.02 | 88.70 | 2284 | 25.01300479 $ | 259.37 $ | 75.05 |
| 00020249 | 000193.66 | 19890900 | 198909 | 1989 | 9 | 0 | 8/31/1989 | 2657 | 29.09787817 | 288.15 | 94.49 | 2314 | 25.34154689 $ | 273.74 $ | 80.08 |
| 00020249 | -9.58 | 19890800 | 198810 | 1989 | 8 | 0 | 7/31/1989 | 2688 | 29.43737166 | -14.32 | -4.74 | 2345 | 25.68104038 $ | (13.60) $ | (4.02) |
| 00020249 | 000093.99 | 19890800 | 198905 | 1989 | 8 | 0 | 7/31/1989 | 2688 | 29.43737166 | 140.50 | 46.51 | 2345 | 25.68104038 $ | 133.47 $ | 39.48 |
| 00020249 | 000029.77 | 19890800 | 198904 | 1989 | 8 | 0 | 7/31/1989 | 2688 | 29.43737166 | 44.50 | 14.73 | 2345 | 25.68104038 $ | 42.28 $ | 12.51 |
| 00020249 | 000048.24 | 19890800 | 198903 | 1989 | 8 | 0 | 7/31/1989 | 2688 | 29.43737166 | 72.11 | 23.87 | 2345 | 25.68104038 $ | 68.50 $ | 20.26 |
| 00020249 | -14.18 | 19890800 | 198902 | 1989 | 8 | 0 | 7/31/1989 | 2688 | 29.43737166 | -21.20 | -7.02 | 2345 | 25.68104038 $ | (20.14) $ | (5.96) |
| 00020249 | 000009.58 | 19890800 | 198811 | 1989 | 8 | 0 | 7/31/1989 | 2688 | 29.43737166 | 14.32 | 4.74 | 2345 | 25.68104038 $ | 13.60 $ | 4.02 |
| 00020249 | 000008.83 | 19890700 | 198811 | 1989 | 7 | 0 | 6/30/1989 | 2719 | 29.77686516 | 13.26 | 4.43 | 2376 | 26.02053388 $ | 12.60 $ | 3.77 |
| 00020249 | 000029.26 | 19890700 | 198810 | 1989 | 7 | 0 | 6/30/1989 | 2719 | 29.77686516 | 43.94 | 14.68 | 2376 | 26.02053388 $ | 41.74 $ | 12.48 |
| 00020249 | 000010.55 | 19890700 | 198809 | 1989 | 7 | 0 | 6/30/1989 | 2719 | 29.77686516 | 15.84 | 5.29 | 2376 | 26.02053388 $ | 15.05 $ | 4.50 |
| 00020249 | 000034.90 | 19890700 | 198903 | 1989 | 7 | 0 | 6/30/1989 | 2719 | 29.77686516 | 52.41 | 17.51 | 2376 | 26.02053388 $ | 49.79 $ | 14.89 |
| 00020249 | 000016.27 | 19890700 | 198902 | 1989 | 7 | 0 | 6/30/1989 | 2719 | 29.77686516 | 24.43 | 8.16 | 2376 | 26.02053388 $ | 23.21 $ | 6.94 |
| 00020249 | 000048.15 | 19890700 | 198901 | 1989 | 7 | 0 | 6/30/1989 | 2719 | 29.77686516 | 72.31 | 24.16 | 2376 | 26.02053388 $ | 68.69 $ | 20.54 |
| 00020249 | 000009.86 | 19890700 | 198812 | 1989 | 7 | 0 | 6/30/1989 | 2719 | 29.77686516 | 14.81 | 4.95 | 2376 | 26.02053388 $ | 14.07 $ | 4.21 |
| 00020249 | 000000.24 | 19890600 | 198609 | 1989 | 6 | 0 | 5/31/1989 | 2749 | 30.10540726 | 0.36 | 0.12 | 2406 | 26.34907598 $ | 0.34 $ | 0.10 |
| 00020249 | 000004.37 | 19890600 | 198608 | 1989 | 6 | 0 | 5/31/1989 | 2749 | 30.10540726 | 6.59 | 2.22 | 2406 | 26.34907598 $ | 6.26 $ | 1.89 |
| 00020249 | 000154.26 | 19890600 | 198906 | 1989 | 6 | 0 | 5/31/1989 | 2749 | 30.10540726 | 232.70 | 78.44 | 2406 | 26.34907598 $ | 221.07 $ | 66.81 |
| 00020249 | 000159.22 | 19890500 | 198905 | 1989 | 5 | 0 | 4/30/1989 | 2780 | 30.44490075 | 241.30 | 82.08 | 2437 | 26.68856847 $ | 229.24 $ | 70.02 |
| 00020249 | 000157.82 | 19890400 | 198904 | 1989 | 4 | 0 | 3/31/1989 | 2810 | 30.77344285 | 240.26 | 82.44 | 2467 | 27.01711157 $ | 228.24 $ | 70.42 |
| 00020249 | 000170.07 | 19890300 | 198903 | 1989 | 3 | 0 | 2/28/1989 | 2841 | 31.11293634 | 260.11 | 90.04 | 2498 | 27.35660507 $ | 247.10 $ | 77.03 |
| 00020249 | 000198.11 | 19890200 | 198902 | 1989 | 2 | 0 | 1/31/1989 | 2869 | 31.41957563 | 304.26 | 106.15 | 2526 | 27.66324435 $ | 289.05 $ | 90.94 |
| 00020249 | 000165.04 | 19890100 | 198901 | 1989 | 1 | 0 | 12/31/1988 | 2900 | 31.75906913 | 254.65 | 89.61 | 2557 | 28.00273785 $ | 241.92 $ | 76.88 |
| 00020249 | 000043.68 | 19881200 | 198808 | 1988 | 12 | 0 | 11/30/1988 | 2931 | 32.09856263 | 67.71 | 24.03 | 2588 | 28.34223135 $ | 64.32 $ | 20.64 |
| 00020249 | 000112.97 | 19881207 | 198812 | 1988 | 12 | 0 | 11/30/1988 | 2931 | 32.09856263 | 175.13 | 62.13 | 2588 | 28.34223135 $ | 166.36 $ | 53.39 |
| 00020249 | 000007.87 | 19881107 000000 | | 1988 | 11 | 7 | 11/7/1988 | 2954 | 32.3504449 | 12.24 | 4.37 | 2611 | 28.59411362 $ | 11.63 $ | 3.76 |
| 00020249 | 000164.81 | 19881100 | 198811 | 1988 | 11 | 0 | 10/31/1988 | 2961 | 32.42710472 | 256.63 | 91.82 | 2618 | 28.67077344 $ | 243.80 $ | 78.89 |
| 00020249 | 000156.22 | 19881000 | 198810 | 1988 | 10 | 0 | 9/30/1988 | 2992 | 32.76659822 | 247.51 | 89.29 | 2649 | 29.01026694 $ | 235.14 $ | 76.92 |
| 00020249 | -12.47 | 19880926 | 198708 | 1988 | 9 | 26 | 9/26/1988 | 2996 | 32.81040383 | -19.52 | -7.05 | 2653 | 29.05407255 $ | (18.54) $ | (6.07) |
| 00020249 | 000012.47 | 19880926 | 198708 | 1988 | 9 | 26 | 9/26/1988 | 2996 | 32.81040383 | 19.52 | 7.05 | 2653 | 29.05407255 $ | 18.54 $ | 6.07 |
| 00020249 | 000030.23 | 19880900 | 198810 | 1988 | 9 | 0 | 8/31/1988 | 3022 | 33.09514031 | 47.50 | 17.27 | 2679 | 29.33880903 $ | 45.13 $ | 14.90 |
| 00020249 | 000182.64 | 19880900 | 198909 | 1988 | 9 | 0 | 8/31/1988 | 3022 | 33.09514031 | 287.00 | 104.36 | 2679 | 29.33880903 $ | 272.65 $ | 90.01 |
| 00020249 | 000078.83 | 19880800 | 198805 | 1988 | 8 | 0 | 7/31/1988 | 3053 | 33.43463381 | 124.45 | 45.62 | 2710 | 29.67830253 $ | 118.23 $ | 39.40 |
| 00020249 | 000030.76 | 19880800 | 198804 | 1988 | 8 | 0 | 7/31/1988 | 3053 | 33.43463381 | 48.56 | 17.80 | 2710 | 29.67830253 $ | 46.13 $ | 15.37 |
| 00020249 | 000049.74 | 19880800 | 198803 | 1988 | 8 | 0 | 7/31/1988 | 3053 | 33.43463381 | 78.52 | 28.78 | 2710 | 29.67830253 $ | 74.60 $ | 24.86 |
| 00020249 | 000057.50 | 19880700 | 198803 | 1988 | 7 | 0 | 6/30/1988 | 3084 | 33.77412731 | 91.20 | 33.70 | 2741 | 30.01779603 $ | 86.64 $ | 29.14 |
| 00020249 | 000084.93 | 19880700 | 198801 | 1988 | 7 | 0 | 6/30/1988 | 3084 | 33.77412731 | 134.70 | 49.77 | 2741 | 30.01779603 $ | 127.97 $ | 43.04 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020249 | 000009.73 | 19880700 | 198712 | 1988 | 7 | 0 | 6/30/1988 | 3084 | 33.77412731 | 15.43 | 5.70 | 2741 | 30.01779603 $ | 14.66 $ | 4.93 |
| 00020249 | 000015.37 | 19880700 | 198711 | 1988 | 7 | 0 | 6/30/1988 | 3084 | 33.7741273 | 24.38 | 9.01 | 2741 | 30.01779603 $ | 23.16 $ | 7.79 |
| 00020249 | 000087.31 | 19880600 | 198806 | 1988 | 6 | 0 | 5/31/1988 | 3114 | 34.1026694 | 139.10 | 51.79 | 2771 | 30.34633812 $ | 132.14 $ | 44.83 |
| 00020249 | 000030.58 | 19880600 | 198711 | 1988 | 6 | 0 | 5/31/1988 | 3114 | 34.1026694 | 48.72 | 18.14 | 2771 | 30.34633812 $ | 46.28 $ | 15.70 |
| 00020249 | 000038.27 | 19880600 | 198710 | 1988 | 6 | 0 | 5/31/1988 | 3114 | 34.1026694 | 60.97 | 22.70 | 2771 | 30.34633812 $ | 57.92 $ | 19.65 |
| 00020249 | 000006.10 | 19880600 | 198709 | 1988 | 6 | 0 | 5/31/1988 | 3114 | 34.1026694 | 9.72 | 3.62 | 2771 | 30.34633812 $ | 9.23 $ | 3.13 |
| 00020249 | 000160.72 | 19880500 | 198805 | 1988 | 5 | 0 | 4/30/1988 | 3145 | 34.4421629 | 257.24 | 96.52 | 2802 | 30.68583162 $ | 244.38 $ | 83.66 |
| 00020249 | 000168.58 | 19880400 | 198804 | 1988 | 4 | 0 | 3/31/1988 | 3175 | 34.770705 | 271.04 | 102.46 | 2832 | 31.01437372 $ | 257.48 $ | 88.90 |
| 00020249 | 000194.08 | 19880300 | 198803 | 1988 | 3 | 0 | 2/29/1988 | 3206 | 35.11019849 | 313.48 | 119.40 | 2863 | 31.35386721 $ | 297.81 $ | 103.73 |
| 00020249 | 000208.77 | 19880200 | 198802 | 1988 | 2 | 0 | 1/31/1988 | 3235 | 35.42778919 | 338.68 | 129.91 | 2892 | 31.67145791 $ | 321.74 $ | 112.97 |
| 00020249 | 000011.97 | 19880200 | 198709 | 1988 | 2 | 0 | 1/31/1988 | 3235 | 35.42778919 | 19.42 | 7.45 | 2892 | 31.67145791 $ | 18.45 $ | 6.48 |
| 00020249 | 000011.50 | 19880200 | 198708 | 1988 | 2 | 0 | 1/31/1988 | 3235 | 35.42778919 | 18.66 | 7.16 | 2892 | 31.67145791 $ | 17.72 $ | 6.22 |
| 00020249 | 000148.42 | 19880100 | 198801 | 1988 | 1 | 0 | 12/31/1987 | 3266 | 35.76728268 | 241.89 | 93.47 | 2923 | 32.0109514 $ | 229.80 $ | 81.38 |
| 00020249 | 000146.31 | 19871200 | 198712 | 1987 | 12 | 0 | 11/30/1987 | 3297 | 36.10677618 | 239.56 | 93.25 | 2954 | 32.3504449 $ | 227.58 $ | 81.27 |
| 00020249 | 000146.31 | 19871100 | 198711 | 1987 | 11 | 0 | 10/31/1987 | 3327 | 36.43531828 | 240.64 | 94.33 | 2984 | 32.678987 $ | 228.61 $ | 82.30 |
| 00020249 | 000154.23 | 19871000 | 198710 | 1987 | 10 | 0 | 9/30/1987 | 3358 | 36.77481177 | 254.84 | 100.61 | 3015 | 33.01848049 $ | 242.10 $ | 87.87 |
| 00020249 | 000166.70 | 19870900 | 198709 | 1987 | 9 | 0 | 8/31/1987 | 3388 | 37.10335387 | 276.69 | 109.99 | 3045 | 33.34702259 $ | 262.85 $ | 96.15 |
| 00020249 | 000049.52 | 19870800 | 198705 | 1987 | 8 | 0 | 7/31/1987 | 3419 | 37.44284736 | 82.58 | 33.06 | 3076 | 33.68651608 $ | 78.45 $ | 28.93 |
| 00020249 | 000050.56 | 19870800 | 198704 | 1987 | 8 | 0 | 7/31/1987 | 3419 | 37.44284736 | 84.31 | 33.75 | 3076 | 33.68651608 $ | 80.09 $ | 29.53 |
| 00020249 | 000041.47 | 19870800 | 198703 | 1987 | 8 | 0 | 7/31/1987 | 3419 | 37.44284736 | 69.15 | 27.68 | 3076 | 33.68651608 $ | 65.69 $ | 24.22 |
| 00020249 | 000050.81 | 19870700 | 198612 | 1987 | 7 | 0 | 6/30/1987 | 3450 | 37.78234086 | 85.12 | 34.31 | 3107 | 34.02600958 $ | 80.86 $ | 30.05 |
| 00020249 | 000002.01 | 19870700 | 198611 | 1987 | 7 | 0 | 6/30/1987 | 3450 | 37.78234086 | 3.37 | 1.36 | 3107 | 34.02600958 $ | 3.20 $ | 1.19 |
| 00020249 | 000019.18 | 19870700 | 198703 | 1987 | 7 | 0 | 6/30/1987 | 3450 | 37.78234086 | 32.13 | 12.95 | 3107 | 34.02600958 $ | 30.52 $ | 11.34 |
| 00020249 | 000043.68 | 19870700 | 198702 | 1987 | 7 | 0 | 6/30/1987 | 3450 | 37.78234086 | 73.18 | 29.50 | 3107 | 34.02600958 $ | 69.52 $ | 25.84 |
| 00020249 | 000031.14 | 19870700 | 198701 | 1987 | 7 | 0 | 6/30/1987 | 3450 | 37.78234086 | 52.17 | 21.03 | 3107 | 34.02600958 $ | 49.56 $ | 18.42 |
| 00020249 | 000049.52 | 19870600 | 198611 | 1987 | 6 | 0 | 5/31/1987 | 3480 | 38.11088296 | 83.33 | 33.81 | 3137 | 34.35455168 $ | 79.16 $ | 29.64 |
| 00020249 | 000019.46 | 19870600 | 198610 | 1987 | 6 | 0 | 5/31/1987 | 3480 | 38.11088296 | 32.75 | 13.29 | 3137 | 34.35455168 $ | 31.11 $ | 11.65 |
| 00020249 | 000073.34 | 19870600 | 198706 | 1987 | 6 | 0 | 5/31/1987 | 3480 | 38.11088296 | 123.42 | 50.08 | 3137 | 34.35455168 $ | 117.24 $ | 43.90 |
| 00020249 | 000143.98 | 19870505 | 198612 | 1987 | 5 | 5 | 5/5/1987 | 3506 | 38.39561944 | 243.23 | 99.25 | 3163 | 34.63928816 $ | 231.07 $ | 87.09 |
| 00020249 | 000145.42 | 19870500 | 198705 | 1987 | 5 | 0 | 4/30/1987 | 3511 | 38.45037645 | 245.85 | 100.43 | 3168 | 34.69404517 $ | 233.56 $ | 88.14 |
| 00020249 | 000135.90 | 19870423 | 198611 | 1987 | 4 | 23 | 4/23/1987 | 3518 | 38.52703628 | 229.99 | 94.09 | 3175 | 34.770705 $ | 218.49 $ | 82.59 |
| 00020249 | 000024.29 | 19870400 | 198610 | 1987 | 4 | 0 | 3/31/1987 | 3541 | 38.77891855 | 41.25 | 16.96 | 3198 | 35.02258727 $ | 39.19 $ | 14.90 |
| 00020249 | -24.29 | 19870400 | 198609 | 1987 | 4 | 0 | 3/31/1987 | 3541 | 38.77891855 | -41.25 | -16.96 | 3198 | 35.02258727 $ | (39.19) $ | (14.90) |
| 00020249 | 000142.84 | 19870400 | 198704 | 1987 | 4 | 0 | 3/31/1987 | 3541 | 38.77891855 | 242.57 | 99.73 | 3198 | 35.02258727 $ | 230.44 $ | 87.60 |
| 00020249 | 000134.56 | 19870318 | 198610 | 1987 | 3 | 18 | 3/18/1987 | 3554 | 38.92128679 | 228.96 | 94.40 | 3211 | 35.16495551 $ | 217.51 $ | 82.95 |
| 00020249 | 000161.68 | 19870300 | 198703 | 1987 | 3 | 0 | 2/28/1987 | 3572 | 39.11841205 | 275.84 | 114.16 | 3229 | 35.36208077 $ | 262.05 $ | 100.37 |
| 00020249 | 000134.56 | 19870219 | 198609 | 1987 | 2 | 19 | 2/19/1987 | 3581 | 39.21697467 | 229.88 | 95.32 | 3238 | 35.46064339 $ | 218.39 $ | 83.83 |
| 00020249 | 000141.55 | 19870200 | 198702 | 1987 | 2 | 0 | 1/31/1987 | 3600 | 39.42505133 | 242.51 | 100.96 | 3257 | 35.66872005 $ | 230.39 $ | 88.84 |
| 00020249 | 000013.63 | 19870100 | 198610 | 1987 | 1 | 0 | 12/31/1986 | 3631 | 39.76454483 | 23.46 | 9.83 | 3288 | 36.00821355 $ | 22.29 $ | 8.66 |
| 00020249 | 000020.01 | 19870100 | 198609 | 1987 | 1 | 0 | 12/31/1986 | 3631 | 39.76454483 | 34.44 | 14.43 | 3288 | 36.00821355 $ | 32.72 $ | 12.71 |
| 00020249 | 000136.60 | 19870100 | 198701 | 1987 | 1 | 0 | 12/31/1986 | 3631 | 39.76454483 | 235.12 | 98.52 | 3288 | 36.00821355 $ | 223.36 $ | 86.76 |
| 00020249 | 000131.51 | 19861024 | 198608 | 1986 | 10 | 24 | 10/24/1986 | 3699 | 40.50924025 | 228.67 | 97.16 | 3356 | 36.75290897 $ | 217.24 $ | 85.73 |
| 00020249 | 000135.77 | 19860911 | 198607 | 1986 | 9 | 11 | 9/11/1986 | 3742 | 40.98015058 | 237.60 | 101.83 | 3399 | 37.2238193 $ | 225.72 $ | 89.95 |
| 00020249 | 000132.16 | 19860805 | 198606 | 1986 | 8 | 5 | 8/5/1986 | 3779 | 41.3853525 | 232.57 | 100.41 | 3436 | 37.62902122 $ | 220.94 $ | 88.78 |
| 00020249 | 000142.57 | 19860710 | 198605 | 1986 | 7 | 10 | 7/10/1986 | 3805 | 41.67008898 | 251.87 | 109.30 | 3462 | 37.9137577 $ | 239.27 $ | 96.70 |
| 00020249 | 000131.51 | 19860612 | 198604 | 1986 | 6 | 12 | 6/12/1986 | 3833 | 41.97672827 | 233.30 | 101.79 | 3490 | 38.22039699 $ | 221.64 $ | 90.13 |
| 00020249 | 000136.92 | 19860519 | 198603 | 1986 | 5 | 19 | 5/19/1986 | 3857 | 42.23056194 | 243.77 | 106.85 | 3514 | 38.48323066 $ | 231.58 $ | 94.66 |
| 00020249 | 000130.93 | 19860429 | 198602 | 1986 | 4 | 29 | 4/29/1986 | 3877 | 42.45859001 | 233.81 | 102.88 | 3534 | 38.70225873 $ | 222.11 $ | 91.18 |
| 00020249 | 000130.93 | 19860408 | 198601 | 1986 | 4 | 8 | 4/8/1986 | 3898 | 42.68856947 | 234.54 | 103.61 | 3555 | 38.93223819 $ | 222.81 $ | 91.88 |
| 00020249 | 000173.03 | 19860314 | 198512 | 1986 | 3 | 14 | 3/14/1986 | 3923 | 42.96235455 | 311.12 | 138.09 | 3580 | 39.20602327 $ | 295.56 $ | 122.53 |
| 00020249 | 000122.64 | 19860220 | 198511 | 1986 | 2 | 20 | 2/20/1986 | 3945 | 43.20328542 | 221.24 | 98.60 | 3602 | 39.44695414 $ | 210.18 $ | 87.54 |
| 00020249 | 000136.86 | 19860110 | 198510 | 1986 | 1 | 10 | 1/10/1986 | 3986 | 43.65229295 | 248.41 | 111.55 | 3643 | 39.89596167 $ | 235.99 $ | 99.13 |
| 00020249 | 000110.30 | 19851127 | 198509 | 1985 | 11 | 27 | 11/27/1985 | 4030 | 44.13415469 | 201.53 | 91.23 | 3687 | 40.37782341 $ | 191.45 $ | 81.15 |
| 00020249 | 000108.32 | 19851028 | 198508 | 1985 | 10 | 28 | 10/28/1985 | 4060 | 44.46269678 | 198.00 | 90.48 | 3717 | 40.7063655 $ | 188.86 $ | 80.54 |
| 00020249 | 000108.32 | 19850918 | 198507 | 1985 | 9 | 18 | 9/18/1985 | 4100 | 44.90075291 | 199.99 | 91.67 | 3757 | 41.14442163 $ | 189.99 $ | 81.67 |
| 00020249 | 000116.02 | 19850823 | 198506 | 1985 | 8 | 23 | 8/23/1985 | 4126 | 45.18548939 | 215.04 | 99.02 | 3783 | 41.42915811 $ | 204.29 $ | 88.27 |
| 00020249 | 000111.40 | 19850731 | 198505 | 1985 | 7 | 31 | 7/31/1985 | 4149 | 45.43737166 | 207.19 | 95.79 | 3806 | 41.68104038 $ | 196.83 $ | 85.43 |
| 00020249 | 000113.03 | 19850626 | 198504 | 1985 | 6 | 26 | 6/26/1985 | 4184 | 45.82067077 | 211.32 | 98.29 | 3841 | 42.06433949 $ | 200.76 $ | 87.73 |
| 00020249 | 000115.46 | 19850604 | 198503 | 1985 | 6 | 4 | 6/4/1985 | 4206 | 46.06160164 | 216.58 | 101.12 | 3863 | 42.30527036 $ | 205.75 $ | 90.29 |
| 00020249 | 000109.59 | 19850509 | 198502 | 1985 | 5 | 9 | 5/9/1985 | 4232 | 46.34633812 | 206.37 | 96.78 | 3889 | 42.59000684 $ | 196.05 $ | 86.46 |
| 00020249 | 000129.34 | 19850417 | 198501 | 1985 | 4 | 17 | 4/17/1985 | 4254 | 46.58726899 | 244.36 | 115.02 | 3911 | 42.83093771 $ | 232.14 $ | 102.80 |
| 00020249 | 000104.83 | 19850325 | 198412 | 1985 | 3 | 25 | 3/25/1985 | 4277 | 46.83915127 | 198.74 | 93.91 | 3934 | 43.08281999 $ | 188.80 $ | 83.97 |
| 00020249 | 000096.89 | 19850225 | 198411 | 1985 | 2 | 25 | 2/25/1985 | 4305 | 47.14579055 | 184.46 | 87.57 | 3962 | 43.38945927 $ | 175.23 $ | 78.34 |
| 00020249 | 000096.89 | 19850110 | 198410 | 1985 | 1 | 10 | 1/10/1985 | 4351 | 47.6495551 | 185.73 | 88.84 | 4008 | 43.89322382 $ | 176.44 $ | 79.55 |
| 00020249 | 000103.97 | 19841128 | 198409 | 1984 | 11 | 28 | 11/28/1984 | 4394 | 48.12046543 | 200.59 | 96.62 | 4051 | 44.36413415 $ | 190.56 $ | 86.59 |
| 00020249 | 000108.89 | 19841018 | 198408 | 1984 | 10 | 18 | 10/18/1984 | 4435 | 48.56947296 | 211.37 | 102.48 | 4092 | 44.81314168 $ | 200.80 $ | 91.91 |
| 00020249 | 000108.88 | 19840918 | 198407 | 1984 | 9 | 18 | 9/18/1984 | 4465 | 48.89801506 | 212.30 | 103.42 | 4122 | 45.14168378 $ | 201.69 $ | 92.81 |
| 00020249 | 000116.97 | 19840809 | 198406 | 1984 | 8 | 9 | 8/9/1984 | 4505 | 49.33607118 | 229.45 | 112.48 | 4162 | 45.5797399 $ | 217.97 $ | 101.00 |
| 00020249 | 000112.69 | 19840705 | 198405 | 1984 | 7 | 5 | 7/5/1984 | 4540 | 49.71937029 | 222.21 | 109.52 | 4197 | 45.96303901 $ | 211.10 $ | 98.41 |
| 00020249 | 000109.84 | 19840613 | 198404 | 1984 | 6 | 13 | 6/13/1984 | 4562 | 49.96030116 | 217.30 | 107.46 | 4219 | 46.20396988 $ | 206.44 $ | 96.60 |
| 00020249 | 000131.28 | 19840516 | 198403 | 1984 | 5 | 16 | 5/16/1984 | 4590 | 50.26604045 | 260.81 | 129.53 | 4247 | 46.51060917 $ | 247.77 $ | 116.49 |
| 00020249 | 000105.15 | 19840502 | 198402 | 1984 | 5 | 2 | 5/2/1984 | 4604 | 50.4202601 | 209.34 | 104.19 | 4261 | 46.66392882 $ | 198.87 $ | 93.72 |
| 00020249 | 000105.15 | 19840327 | 198401 | 1984 | 3 | 27 | 3/27/1984 | 4640 | 50.81451061 | 210.47 | 105.32 | 4297 | 47.05817933 $ | 199.94 $ | 94.79 |
| 00020249 | 000109.59 | 19840228 | 198312 | 1984 | 2 | 28 | 2/28/1984 | 4668 | 51.1211499 | 220.27 | 110.68 | 4325 | 47.36481862 $ | 209.26 $ | 99.67 |
| 00020249 | 000105.15 | 19840207 | 198311 | 1984 | 2 | 7 | 2/7/1984 | 4689 | 51.35112936 | 212.01 | 106.86 | 4346 | 47.59479808 $ | 201.41 $ | 96.26 |
| 00020249 | 000110.70 | 19840110 | 198310 | 1984 | 1 | 10 | 1/10/1984 | 4717 | 51.65776865 | 224.14 | 113.44 | 4374 | 47.90143737 $ | 212.93 $ | 102.23 |
| 00020249 | 000105.15 | 19831201 | 198309 | 1983 | 12 | 1 | 12/1/1983 | 4757 | 52.09582478 | 214.18 | 109.03 | 4414 | 48.3394935 $ | 203.47 $ | 98.32 |
| 00020249 | 000104.69 | 19831011 | 198308 | 1983 | 10 | 11 | 10/11/1983 | 4808 | 52.65434634 | 214.88 | 110.19 | 4465 | 48.89801506 $ | 204.13 $ | 99.44 |
| 00020249 | 000100.89 | 19830902 | 198307 | 1983 | 9 | 2 | 9/2/1983 | 4847 | 53.08145106 | 208.29 | 107.40 | 4504 | 49.32511978 $ | 197.87 $ | 96.98 |
| 00020249 | 000100.15 | 19830805 | 198306 | 1983 | 8 | 5 | 8/5/1983 | 4875 | 53.38809035 | 207.63 | 107.48 | 4532 | 49.63175907 $ | 197.25 $ | 97.10 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00020249 | 000098.03 | 19830706 | 198305 | 1983 | 7 | 6 | 7/6/1983 | 4905 | 53.71663244 | 204.15 | 106.12 | | 4562 | 49.96030116 | $ | 193.94 | $ 95.91 |
| 00020249 | 000096.23 | 19830524 | 198304 | 1983 | 5 | 24 | 5/24/1983 | 4948 | 54.18754278 | 201.69 | 105.46 | | 4605 | 50.4312115 | $ | 191.61 | $ 95.38 |
| 00020249 | 000095.55 | 19830428 | 198303 | 1983 | 4 | 28 | 4/28/1983 | 4974 | 54.47227926 | 201.05 | 105.50 | | 4631 | 50.71594798 | $ | 190.99 | $ 95.44 |
| 00020249 | 000095.55 | 19830405 | 198302 | 1983 | 4 | 5 | 4/5/1983 | 4997 | 54.72416153 | 201.74 | 106.19 | | 4654 | 50.96783025 | $ | 191.65 | $ 96.10 |
| 00020249 | 000095.55 | 19830308 | 198301 | 1983 | 3 | 8 | 3/8/1983 | 5025 | 55.03080082 | 202.59 | 107.04 | | 4682 | 51.27446954 | $ | 192.46 | $ 96.91 |
| 00020249 | 000102.38 | 19830208 | 198212 | 1983 | 2 | 8 | 2/8/1983 | 5053 | 55.33744011 | 217.98 | 115.60 | | 4710 | 51.58110883 | $ | 207.08 | $ 104.70 |
| 00020249 | 000099.64 | 19830124 | 198211 | 1983 | 1 | 24 | 1/24/1983 | 5068 | 55.50171116 | 212.62 | 112.98 | | 4725 | 51.74537988 | $ | 201.99 | $ 102.35 |
| 00020249 | 000103.51 | 19830110 | 198210 | 1983 | 1 | 10 | 1/10/1983 | 5082 | 55.6550308 | 221.34 | 117.83 | | 4739 | 51.8986992 | $ | 210.27 | $ 106.76 |
| 00020249 | 000087.85 | 19821208 | 198209 | 1982 | 12 | 8 | 12/8/1982 | 5115 | 56.0164271 | 188.79 | 100.94 | | 4772 | 52.26009582 | $ | 179.35 | $ 91.50 |
| 00020249 | 000085.51 | 19821027 | 198208 | 1982 | 10 | 27 | 10/27/1982 | 5157 | 56.47638604 | 184.91 | 99.40 | | 4814 | 52.72005476 | $ | 175.67 | $ 90.16 |
| 00020249 | 000082.916 | 19820916 | 198207 | 1982 | 9 | 16 | 9/16/1982 | 5198 | 56.92539357 | 186.05 | 100.54 | | 4855 | 53.16906229 | $ | 176.75 | $ 91.24 |
| 00020249 | 000086.87 | 19820813 | 198206 | 1982 | 8 | 13 | 8/13/1982 | 5232 | 57.29774127 | 189.97 | 103.10 | | 4889 | 53.54140999 | $ | 180.47 | $ 93.60 |
| 00020249 | 000086.75 | 19820713 | 198205 | 1982 | 7 | 13 | 7/13/1982 | 5263 | 57.63723477 | 190.59 | 103.84 | | 4920 | 53.88090349 | $ | 181.06 | $ 94.31 |
| 00020249 | 000085.51 | 19820604 | 198204 | 1982 | 6 | 4 | 6/4/1982 | 5302 | 58.06433949 | 188.97 | 103.46 | | 4959 | 54.30800821 | $ | 179.52 | $ 94.01 |
| 00020249 | 000087.56 | 19820430 | 198203 | 1982 | 4 | 30 | 4/30/1982 | 5337 | 58.4476386 | 194.51 | 106.95 | | 4994 | 54.69130732 | $ | 184.79 | $ 97.23 |
| 00020249 | 000085.26 | 19820405 | 198202 | 1982 | 4 | 5 | 4/5/1982 | 5362 | 58.72142368 | 190.11 | 104.85 | | 5019 | 54.9650924 | $ | 180.61 | $ 95.35 |
| 00020249 | 000085.26 | 19820226 | 198201 | 1982 | 2 | 26 | 2/26/1982 | 5400 | 59.137577 | 191.20 | 105.94 | | 5057 | 55.38124572 | $ | 181.64 | $ 96.38 |
| 00020249 | 000085.26 | 19820204 | 198112 | 1982 | 2 | 4 | 2/4/1982 | 5422 | 59.37850787 | 191.83 | 106.57 | | 5079 | 55.62217659 | $ | 182.24 | $ 96.98 |
| 00020249 | 000094.28 | 19820121 | 198111 | 1982 | 1 | 21 | 1/21/1982 | 5436 | 59.53182752 | 212.57 | 118.29 | | 5093 | 55.77549624 | $ | 201.94 | $ 107.66 |
| 00020249 | 000077.38 | 19820105 | 198110 | 1982 | 1 | 5 | 1/5/1982 | 5452 | 59.70704997 | 174.88 | 97.50 | | 5109 | 55.95071869 | $ | 166.14 | $ 88.76 |
| 00020249 | 000056.40 | 19811204 | 198109 | 1981 | 12 | 4 | 12/4/1981 | 5484 | 60.05749487 | 128.08 | 71.68 | | 5141 | 56.30116359 | $ | 121.67 | $ 65.27 |

| Calculated Interest | $14,472.56 |
|---|---|
| Actual Interest | 13668.90 |
| Difference | $803.66 |

| Calculated Transfer Basis | $43,659.86 |
|---|---|
| Actual Transfer Basis | 43377.96 |
| Difference | $281.90 |
| 65% of Difference | $183.23 |

| Total Additional Amt to Deposit in Plan 3 Account |
|---|
| $966.89 |

# EXHIBIT B

**Jaberi, Emaan R.**

| | |
|---|---|
| **From:** | Steve Strong <skstrong@bs-s.com> |
| **Sent:** | Monday, March 3, 2025 1:16 PM |
| **To:** | Guess, Philip; David Stobaugh; Alex Strong |
| **Cc:** | Carrie Jo Daugherty; Erika Haack; Anders Forsgaard; Mitchell, Robert; andrew.krawczyk@atg.wa.gov; Kiana Reeves; Jaberi, Emaan R. |
| **Subject:** | Re: Probst/Fowler v. Guerin (W.D. WA No. 3:15-cv-05367-BHS) - Pltfs' ROGs and RFDs |

---

**This Message Is From an External Sender**

This message came from outside your organization.

---

Philip, we agree to the extra days for discovery. We do not agree to the request for a delay in hearing the motion on the formula. This motion is not only no surprise, it is ordered by the Ninth Circuit. And it has been briefed before in federal and state court. Your side has already retained an expert. prepared declarations and briefed issues on the three items in the formula.  Steve

Get Outlook for iOS

---

**From:** Guess, Philip <Philip.Guess@klgates.com>
**Sent:** Friday, February 28, 2025 4:11:57 PM
**To:** Steve Strong <skstrong@bs-s.com>; David Stobaugh <davidfstobaugh@bs-s.com>; Alex Strong <astrong@bs-s.com>
**Cc:** Carrie Jo Daugherty <cdaugherty@bs-s.com>; Erika Haack <ehaack@bs-s.com>; Anders Forsgaard <aforsgaard@bs-s.com>; Mitchell, Robert <rob.mitchell@klgates.com>; andrew.krawczyk@atg.wa.gov <andrew.krawczyk@atg.wa.gov>; Kiana Reeves <kreeves@bs-s.com>; Jaberi, Emaan R. <Emaan.Jaberi@klgates.com>
**Subject:** RE: Probst/Fowler v. Guerin (W.D. WA No. 3:15-cv-05367-BHS) - Pltfs' ROGs and RFDs

Steve/David/Alex:

We would like to request an extension to next Friday, February 7 for DRS responses (four-day extension). We are working on the substantive responses but need a few more days.

We would also request an extension for DRS response to your pending Motion for Injunctive Relief from March 14 to March 21. To the extent you would like commensurate additional time on your reply, we would have no objection.

Please let us know if either or both of these extensions are acceptable. Thank you. Have a nice weekend. Phil Guess.

---

**From:** Kiana Reeves <kreeves@bs-s.com>
**Sent:** Friday, January 31, 2025 4:43 PM
**To:** Mitchell, Robert <rob.mitchell@klgates.com>; Guess, Philip <Philip.Guess@klgates.com>; andrew.krawczyk@atg.wa.gov
**Cc:** Steve Strong <skstrong@bs-s.com>; David Stobaugh <davidfstobaugh@bs-s.com>; Alex Strong <astrong@bs-s.com>;

Carrie Jo Daugherty <cdaugherty@bs-s.com>; Erika Haack <ehaack@bs-s.com>; Anders Forsgaard <aforsgaard@bs-s.com>
**Subject:** Probst/Fowler v. Guerin (W.D. WA No. 3:15-cv-05367-BHS) - Pltfs' ROGs and RFDs

Good evening, Counsel,

Attached for service please find Plaintiffs' Interrogatories and Requests for Documents (January 31, 2025). A Word copy has been provided for your convenience.
Please let me know if you have any difficulties accessing the attachments.


Best,



**Kiana Reeves**
*Paralegal*
126 NW Canal Street
Suite 100
Seattle, WA 98107
**Ph.** (206) 622-3536
**Fax** (206) 622-5759
kreeves@bs-s.com

*This electronic mail message contains information that is or may be legally privileged, confidential, or otherwise protected by law from disclosure and is only for the use of the Addressee named herein.  If you are not the intended recipient, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited.  If you have received this in error, please contact us immediately and take the steps necessary to delete the message completely from your computer systems.  Thank you.*

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Philip.Guess@klgates.com.

# EXHIBIT C

**Jaberi, Emaan R.**

| | |
|---|---|
| **From:** | Guess, Philip |
| **Sent:** | Wednesday, March 5, 2025 5:24 PM |
| **To:** | Steve Strong; David Stobaugh; Alex Strong |
| **Cc:** | Carrie Jo Daugherty; Erika Haack; Anders Forsgaard; Mitchell, Robert; andrew.krawczyk@atg.wa.gov; Kiana Reeves; Jaberi, Emaan R.; Nagamine, Ruby A. |
| **Subject:** | Probst/Fowler v. Guerin (W.D. WA No. 3:15-cv-05367-BHS) -Subpoena Re: John Marshall Declarations |
| **Attachments:** | 2025-03-05 Notice of Subpoena to Marshall.pdf; 2025-03-05 Subpoena to Marshall.pdf |

Counsel,

Attached please find the following documents:

- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to John Marshall
- Defendant's Notice of Intent to Serve Subpoena on John Marshall

Please let us know if you will accept service of the subpoena on behalf of Mr. Marshall or if you would like us to serve it. Thank you. Phil Guess.

The Honorable Benjamin H. Settle

1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
8                  AT TACOMA

9   MICKEY FOWLER, LEISA MAURER, and a
    class of similarly situated individuals,          Case No. 3:15-cv-05367-BHS
10
11                 Plaintiffs,                         DEFENDANT'S NOTICE OF INTENT
                                                       TO SERVE SUBPOENA ON JOHN
12          v.                                         MARSHALL

13  TRACY GUERIN, Director of the Washington
    State Department of Retirement Systems,
14
15                 Defendant.

16

17  TO:    PLAINTIFFS MICKEY FOWLER and LEISA MAURER

18  TO:    STEPHEN K. STRONG, ATTORNEY OF RECORD FOR PLAINTIFFS

19          PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45(a)(4),

20  Defendant Director of the Washington State Department of Retirement Systems (previously

21  Tracy Guerin, now Kathryn Leathers) intends to serve the attached Subpoena to Produce

22  Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on

23  John Marshall.

24  //

25  //

26  //

DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENA
ON JOHN MARSHALL - 1
Case No. 3:15-CV-05367-BHS
509079031.1

1    DATED this 5th day of March, 2025.

2

3                         K&L Gates LLP

4

5                         By  _s/ Philip M. Guess_____

6                            Robert B. Mitchell, WSBA # 10874

                            Philip M. Guess, WSBA #26765i

7                            Todd L. Nunn, WSBA # 23267

8                    925 Fourth Avenue, Suite 2900

                    Seattle, WA  98104

9                    Phone:  (206) 623-7580

                    Fax:  (206) 623-7022

10                  Email:    rob.mitchell@klgates.com

                               philip.guess@klgates.com

11                               todd.nunn@klgates.com

                  Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Attachment A**

**Definitions**

1. "February 4 Declaration" means Your declaration signed on February 4, 2021, and filed in the Litigation February 4, 2021, at Dkt. 91.

2. "April 1 Declaration" means Your declaration signed on April 1, 2021, and filed in the Litigation April 2, 2021, at Dkt. 114.

3. "February 20 Declaration" means Your declaration signed on February 20, 2025, and filed in the Litigation February 21, 2025, at Dkt. 186.

4. "Class" means the individuals within the class definition certified by the Court in the Litigation.

5. "Director" means the Defendant Director of the Washington State Department of Retirement Systems (previously Tracy Guerin, now Kathryn Leathers).

6. "Documents" has the meaning described in Federal Rule of Civil Procedure 34(a)(1)(A).

7. "Litigation" means the lawsuit filed by Plaintiffs Mickey Fowler and Leisa Maurer against the Director as Case No. 3:15-cv-05367-BHS (W.D. Washington).

8. "Plaintiffs" means Mickey Fowler and Leisa Maurer.

9. "You" or Your" means John D. Marshall and any other individuals working at his direction with respect to the Litigation, including not limited to individuals employed by Windsor Strategy Partners.

10. "Formula Component One" means the first component of Plaintiffs' proposed formula described in their Motion to Determine Formula for Injunctive Relief, Dkt. 184, relating to daily interest.

11. "Formula Component Two" means the second component of Plaintiffs' proposed formula described in their Motion to Determine Formula for Injunctive Relief, Dkt. 184, relating to transfer incentive payment.

12. "Formula Component Thee" means the third component of Plaintiffs' proposed formula described in their Motion to Determine Formula for Injunctive Relief, Dkt. 184, relating to investment returns.

**Document Requests**

1.  All Documents showing the facts or data You considered in calculating the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component One as set forth in Your February 20 Declaration, including all mathematical formulas used in Your calculations, all databases and computer code used to generate Your calculations, and any other material that explains the manner in which Your calculations were made. Such Documents should be produced in a format, including but not limited to native electronic files, sufficient to identify all data and all mathematical formulas used in Your calculations.

2.  All Documents showing the facts or data You considered in calculating the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Two as set forth in Your February 20 Declaration, including all mathematical formulas used in Your calculations, all databases and computer code used to generate Your calculations, and any other material that explains the manner in which Your calculations were made. Such Documents should be produced in a format, including but not limited to native electronic files, sufficient to identify all data and all mathematical formulas used in Your calculations.

3.  All Documents showing the facts or data You considered in calculating the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Three as set forth in Your February 20 Declaration, including all mathematical formulas used in Your calculations, all databases and computer code used to generate Your calculations, and any other material that explains the manner in which Your calculations were made. Such Documents should be produced in a format, including but not limited to native electronic files, sufficient to identify all data and all mathematical formulas used in Your calculations.

4.  All Documents showing any and all alternative calculations of alleged loss on behalf of Plaintiffs or the Class that You considered but did not include in Your February 20 Declaration, including but not limited to documents showing alternative rates of return that you considered in preparing to calculate or in calculating the amount of loss for Formula Component Three.

5.  All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component One as set forth in Your February 4 Declaration and Your February 20 Declaration.

6.  All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Two as set forth in Your February 4 Declaration and Your February 20 Declaration.

7.  All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Three as set forth in Your February 4 Declaration and Your February 20 Declaration.

8.  All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component One as set forth in Your April 1 Declaration and Your February 20 Declaration.

9.  All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Two as set forth in Your April 1 Declaration and Your February 20 Declaration.

10. All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Three as set forth in Your April 1 Declaration and Your February 20 Declaration.

11. All Documents showing any of the facts or data You considered in forming the statements and opinions in Your February 20 Declaration.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | |
|---|---|
| MICKEY FOWLER, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   3:15-cv-05367-BHS |
| TRACY GUERIN, Director of the Washington State<br>Department of Retirement Systems | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    John Marshall

_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: K&L Gates LLP<br>        925 Fourth Avenue, Suite 2900<br>        Seattle, WA 98104 | Date and Time:<br><br>     03/19/2025 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      03/05/2025

|   *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | s/ Philip Guess<br>_____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Director of the Washington State Department of Retirement Systems _____ , who issues or requests this subpoena, are:

Philip Guess, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104, 206-370-5834, philip.guess@klgates.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   3:15-cv-05367-BHS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                         *Server's signature*

                                                     _____
                                                         *Printed name and title*

                                                     _____
                                                         *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
  **(A)** Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
  **(A)** When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** Specifying Conditions as an Alternative. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
  **(A)** Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.
  **(D)** Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
  **(A)** Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**Attachment A**

**Definitions**

1. "February 4 Declaration" means Your declaration signed on February 4, 2021, and filed in the Litigation February 4, 2021, at Dkt. 91.

2. "April 1 Declaration" means Your declaration signed on April 1, 2021, and filed in the Litigation April 2, 2021, at Dkt. 114.

3. "February 20 Declaration" means Your declaration signed on February 20, 2025, and filed in the Litigation February 21, 2025, at Dkt. 186.

4. "Class" means the individuals within the class definition certified by the Court in the Litigation.

5. "Director" means the Defendant Director of the Washington State Department of Retirement Systems (previously Tracy Guerin, now Kathryn Leathers).

6. "Documents" has the meaning described in Federal Rule of Civil Procedure 34(a)(1)(A).

7. "Litigation" means the lawsuit filed by Plaintiffs Mickey Fowler and Leisa Maurer against the Director as Case No. 3:15-cv-05367-BHS (W.D. Washington).

8. "Plaintiffs" means Mickey Fowler and Leisa Maurer.

9. "You" or Your" means John D. Marshall and any other individuals working at his direction with respect to the Litigation, including not limited to individuals employed by Windsor Strategy Partners.

10. "Formula Component One" means the first component of Plaintiffs' proposed formula described in their Motion to Determine Formula for Injunctive Relief, Dkt. 184, relating to daily interest.

11. "Formula Component Two" means the second component of Plaintiffs' proposed formula described in their Motion to Determine Formula for Injunctive Relief, Dkt. 184, relating to transfer incentive payment.

12. "Formula Component Thee" means the third component of Plaintiffs' proposed formula described in their Motion to Determine Formula for Injunctive Relief, Dkt. 184, relating to investment returns.

**Document Requests**

1. All Documents showing the facts or data You considered in calculating the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component One as set forth in Your February 20 Declaration, including all mathematical formulas used in Your calculations, all databases and computer code used to generate Your calculations, and any other material that explains the manner in which Your calculations were made. Such Documents should be produced in a format, including but not limited to native electronic files, sufficient to identify all data and all mathematical formulas used in Your calculations.

2. All Documents showing the facts or data You considered in calculating the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Two as set forth in Your February 20 Declaration, including all mathematical formulas used in Your calculations, all databases and computer code used to generate Your calculations, and any other material that explains the manner in which Your calculations were made. Such Documents should be produced in a format, including but not limited to native electronic files, sufficient to identify all data and all mathematical formulas used in Your calculations.

3. All Documents showing the facts or data You considered in calculating the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Three as set forth in Your February 20 Declaration, including all mathematical formulas used in Your calculations, all databases and computer code used to generate Your calculations, and any other material that explains the manner in which Your calculations were made. Such Documents should be produced in a format, including but not limited to native electronic files, sufficient to identify all data and all mathematical formulas used in Your calculations.

4. All Documents showing any and all alternative calculations of alleged loss on behalf of Plaintiffs or the Class that You considered but did not include in Your February 20 Declaration, including but not limited to documents showing alternative rates of return that you considered in preparing to calculate or in calculating the amount of loss for Formula Component Three.

5. All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component One as set forth in Your February 4 Declaration and Your February 20 Declaration.

6. All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Two as set forth in Your February 4 Declaration and Your February 20 Declaration.

7. All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Three as set forth in Your February 4 Declaration and Your February 20 Declaration.

8. All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component One as set forth in Your April 1 Declaration and Your February 20 Declaration.

9. All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Two as set forth in Your April 1 Declaration and Your February 20 Declaration.

10. All Documents showing all facts and data You considered that resulted in the difference in the alleged amount of loss on behalf of Plaintiffs and the Class for Formula Component Three as set forth in Your April 1 Declaration and Your February 20 Declaration.

11. All Documents showing any of the facts or data You considered in forming the statements and opinions in Your February 20 Declaration.

# EXHIBIT D

**Jaberi, Emaan R.**

| | |
|---|---|
| **From:** | Alex Strong <astrong@bs-s.com> |
| **Sent:** | Tuesday, March 11, 2025 12:32 PM |
| **To:** | Guess, Philip; Steve Strong; David Stobaugh |
| **Cc:** | Carrie Jo Daugherty; Erika Haack; Anders Forsgaard; Mitchell, Robert; andrew.krawczyk@atg.wa.gov; Kiana Reeves; Jaberi, Emaan R.; Nagamine, Ruby A. |
| **Subject:** | RE: Probst/Fowler v. Guerin (W.D. WA No. 3:15-cv-05367-BHS) -Subpoena Re: John Marshall Declarations |

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Hi Phil,

We have been authorized to accept service of the subpoena for Mr. Marshall.

Separately, I saw in your subpoena that Tracy Guerin has been replaced by Kathryn Leathers. Under FRCP 25, a replacement public officer is automatically substituted in as a party so the caption of this case is now *Fowler v. Leathers*.

Thanks,
Alex Strong

---

**From:** Guess, Philip <Philip.Guess@klgates.com>
**Sent:** Tuesday, March 11, 2025 8:26 AM
**To:** Alex Strong <astrong@bs-s.com>; Steve Strong <skstrong@bs-s.com>; David Stobaugh <davidfstobaugh@bs-s.com>
**Cc:** Carrie Jo Daugherty <cdaugherty@bs-s.com>; Erika Haack <ehaack@bs-s.com>; Anders Forsgaard <aforsgaard@bs-s.com>; Mitchell, Robert <rob.mitchell@klgates.com>; andrew.krawczyk@atg.wa.gov; Kiana Reeves <kreeves@bs-s.com>; Jaberi, Emaan R. <Emaan.Jaberi@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>
**Subject:** RE: Probst/Fowler v. Guerin (W.D. WA No. 3:15-cv-05367-BHS) -Subpoena Re: John Marshall Declarations

Counsel:

We are following up on this matter. Please let us know. Otherwise, we will find another means to effectuate service. Thank you. Phil Guess.

---

**From:** Alex Strong <astrong@bs-s.com>
**Sent:** Thursday, March 6, 2025 5:52 PM
**To:** Guess, Philip <Philip.Guess@klgates.com>; Steve Strong <skstrong@bs-s.com>; David Stobaugh <davidfstobaugh@bs-s.com>
**Cc:** Carrie Jo Daugherty <cdaugherty@bs-s.com>; Erika Haack <ehaack@bs-s.com>; Anders Forsgaard <aforsgaard@bs-s.com>; Mitchell, Robert <rob.mitchell@klgates.com>; andrew.krawczyk@atg.wa.gov; Kiana Reeves <kreeves@bs-s.com>; Jaberi, Emaan R. <Emaan.Jaberi@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>
**Subject:** RE: Probst/Fowler v. Guerin (W.D. WA No. 3:15-cv-05367-BHS) -Subpoena Re: John Marshall Declarations

Hi Phil,

We'll reach out to Mr. Marshall about whether we will be accepting service on his behalf and get back to you.

Thanks,
Alex Strong

**From:** Guess, Philip <Philip.Guess@klgates.com>
**Sent:** Wednesday, March 5, 2025 5:24 PM
**To:** Steve Strong <skstrong@bs-s.com>; David Stobaugh <davidfstobaugh@bs-s.com>; Alex Strong <astrong@bs-s.com>
**Cc:** Carrie Jo Daugherty <cdaugherty@bs-s.com>; Erika Haack <ehaack@bs-s.com>; Anders Forsgaard <aforsgaard@bs-s.com>; Mitchell, Robert <rob.mitchell@klgates.com>; andrew.krawczyk@atg.wa.gov; Kiana Reeves <kreeves@bs-s.com>; Jaberi, Emaan R. <Emaan.Jaberi@klgates.com>; Nagamine, Ruby A. <Ruby.Nagamine@klgates.com>
**Subject:** Probst/Fowler v. Guerin (W.D. WA No. 3:15-cv-05367-BHS) -Subpoena Re: John Marshall Declarations

Counsel,

Attached please find the following documents:

- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to John Marshall
- Defendant's Notice of Intent to Serve Subpoena on John Marshall

Please let us know if you will accept service of the subpoena on behalf of Mr. Marshall or if you would like us to serve it. Thank you. Phil Guess.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Philip.Guess@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Philip.Guess@klgates.com.